SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(212) 336-1100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                Plaintiff,                :
                                   :
    -against-                     :    09 CV 8811 (JSR)
                                   :
GALLEON MANAGEMENT, LP,            :    ECF CASE
RAJ RAJARATNAM,                    :
RAJIV GOEL,                        :
ANIL KUMAR,                        :
DANIELLE CHIESI,                   :
MARK KURLAND,                      :
 and                               :
NEW CASTLE FUNDS LLC,              :
                                   :
                Defendants.               :
                                   :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for Plaintiff Securities and Exchange Commission. She is admitted

to practice in this Court.

        Valerie A. Szczepanik
        U.S. Securities and Exchange Commission
        3 World Financial Center, Suite 400
        New York, New York 10281-1022
        Ph: 212.336.0175
        Fx: 212.336.1317


Executed:    October 19, 2009
                New York, New York

By: _____
      Valerie A. Szczepanik

      Securities and Exchange Commission
      New York Regional Office
      3 World Financial Center, Suite 400
      New York, NY 10281-1022
      Ph: (212) 336-0175
      Fax: (212) 336-1317
      Email: szczepanikv@sec.gov

      Attorney for Plaintiff