SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(212) 336-1100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE  :
COMMISSION,  :
 :
                       Plaintiff,  :
 :
    -against-  :    09 CV 8811 (JSR)
 :
GALLEON MANAGEMENT, LP,  :    ECF CASE
RAJ RAJARATNAM,  :
RAJIV GOEL,  :
ANIL KUMAR,  :
DANIELLE CHIESI,  :
MARK KURLAND,  :
  and  :
NEW CASTLE FUNDS LLC,  :
 :
                       Defendants.  :
 :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered his appearance as

counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted

to practice in this Court.

>Israel Friedman
>U.S. Securities and Exchange Commission
>3 World Financial Center, Suite 400
>New York, New York 10281-1022
>Ph: 212.336.0090
>Fx: 212.336.1317

Executed:  October 20, 2009
          New York, New York

By: _____/s/ Israel Friedman_____
    Israel Friedman

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Ph: (212) 336-0090
Fax: (212) 336-1317
Email: friedmani@sec.gov

Attorney for Plaintiff