SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(212) 336-1100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE            :
COMMISSION,                         :
                                    :
                Plaintiff,   :
                                    :
     -against-                     :      09 CV 8811 (JSR)
                                    :
GALLEON MANAGEMENT, LP,             :      ECF CASE
RAJ RAJARATNAM,                     :
RAJIV GOEL,                         :
ANIL KUMAR,                         :
DANIELLE CHIESI,                    :
MARK KURLAND,                       :
ROBERT MOFFAT,                      :
 and                                :
NEW CASTLE FUNDS LLC,               :
                                    :
                Defendants.  :
                                    :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

    Please take notice that the following attorney has entered his appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted

to practice in this Court.

        Jason E. Friedman
        U.S. Securities and Exchange Commission
        3 World Financial Center, Suite 400
        New York, New York 10281-1022
        Ph: 212.336.0554
        Fx: 212.336.1317


Executed:    October 26, 2009
                New York, New York

                            By: _____
                                 Jason E. Friedman

                            Securities and Exchange Commission
                            New York Regional Office
                            3 World Financial Center, Suite 400
                            New York, NY 10281-1022
                            Ph: (212) 336-0554
                            Fax: (212) 336-1317
                            Email: friedmanj@sec.gov

                            Attorney for Plaintiff