SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(212) 336-1100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE                    :
COMMISSION,                                :
                                           :
                                           :
                  Plaintiff,               :
                                           :
                                           :
         -against-                         :          09 CV 8811 (JSR)
                                           :
GALLEON MANAGEMENT, LP,                    :          ECF CASE
RAJ RAJARATNAM,                            :
RAJIV GOEL,                                :
ANIL KUMAR,                                :
DANIELLE CHIESI,                           :
MARK KURLAND,                              :
ROBERT MOFFAT,                             :
   and                                     :
NEW CASTLE FUNDS LLC,                      :
                                           :
                  Defendants.              :
                                           :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered his appearance as

counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted

to practice in this Court.

        Sanjay Wadhwa
        U.S. Securities and Exchange Commission
        3 World Financial Center, Suite 400
        New York, New York 10281-1022
        Ph: 212.336.0181
        Fx: 212.336.1350


Executed:    October 26, 2009
               New York, New York

                                       By: *Sanjay Wadhwa*
                                           Sanjay Wadhwa

                                     Securities and Exchange Commission
                                     New York Regional Office
                                     3 World Financial Center, Suite 400
                                     New York, NY 10281-1022
                                     Ph: (212) 336-0181
                                     Fax: (212) 336-1350
                                     Email: wadhwas@sec.gov

                                     Attorney for Plaintiff