## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GALLEON MANAGEMENT, LP, )<br>RAJ RAJARATNAM, )<br>RAJIV GOEL, )<br>ANIL KUMAR, )<br>DANIELLE CHIESI, )<br>MARK KURLAND, )<br>ROBERT MOFFAT, and )<br>NEW CASTLE FUNDS LLC, )<br>)<br>Defendants. ) | No. 09-cv-8811 (JSR)<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Robert H. Hotz, Jr., a member of this Court in good standing, respectfully enters his appearance as counsel for the Defendant Raj Rajaratnam in this action and requests that all pleadings, notices, filings, correspondence and other papers relating to this litigation be served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant Rajaratnam may have in this action.

Dated: October 27, 2009
      New York, New York

Respectfully submitted,

By: */s/ Robert H. Hotz, Jr.*
Robert H. Hotz, Jr. (RH-4456)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
rhotz@akingump.com

# CERTIFICATE OF SERVICE

I, Robert H. Hotz, Jr., hereby certify that on October 27, 2009, I served a true and correct copy of the foregoing Notices of Appearance for myself and Attorney Samidh Guha by electronic case filing upon all counsel of record registered to receive electronic notice.

By: /s/ Robert H. Hotz, Jr.
Robert H. Hotz, Jr. (RH-4456)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
rhotz@akingump.com

Dated: October 27, 2009