CHARLES E. CLAYMAN (CC 0346)
ISABELLE A. KIRSHNER (IK7133)
PAUL S. HUGEL (PH4749)
CLAYMAN & ROSENBERG
ATTORNEYS FOR DEFENDANT ANIL KUMAR
305 Madison Avenue – Suite 1301
New York, New York 10165
(212) 922-1080 phone
(212) 949 8255 facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE :
COMMISSION, :
 :
               Plaintiff, :
 :
  -against- : INDEX NO. 09-CV-8811 (JSR)
 :
GALLEON MANAGEMENT, LP, : NOTICE OF APPEARANCE
RAJ RAJARATNAM, RAJIV GOEL, :
ANIL KUMAR, DANIELLE CHIESI, :
MARK KURLAND, ROBERT MOFFAT, :
and NEW CASTLE FUNDS LLC, :
 :
              Defendants. :
-----------------------------------------------------------------x

TO: The Clerk of this Court and all parties of record.

    ENTER my appearance as counsel in this case for Anil Kumar. I certify that I am admitted to practice in this Court.

Dated: New York, New York
        October 28, 2009

                                     CLAYMAN & ROSENBERG
                                     ATTORNEYS FOR DEFENDANT ANIL KUMAR


                    By: _____/s_____
                           Paul S. Hugel (PH4749)
                           305 Madison Avenue - Suite 1301
                           New York, New York 10165
                           (212) 922-1080 phone
                           (212) 949-8255 facsimile