CHARLES E. CLAYMAN (CC 0346)
ISABELLE A. KIRSHNER (IK7133)
PAUL S. HUGEL (PH4749)
CLAYMAN & ROSENBERG
ATTORNEYS FOR DEFENDANT ANIL KUMAR
305 Madison Avenue – Suite 1301
New York, New York 10165
(212) 922-1080 phone
(212) 949 8255 facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :
        Plaintiff,         :
                              :
  -against-                  :  INDEX NO. 09-CV-8811 (JSR)
                              :
GALLEON MANAGEMENT, LP,       :  NOTICE OF APPEARANCE
RAJ RAJARATNAM, RAJIV GOEL,   :
ANIL KUMAR, DANIELLE CHIESI,  :
MARK KURLAND, ROBERT MOFFAT,  :
and NEW CASTLE FUNDS LLC,     :
                              :
        Defendants.        :
------------------------------------------------------------------x

TO: The Clerk of this Court and all parties of record.

    ENTER my appearance as counsel in this case for Anil Kumar. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 28, 2009

                                          CLAYMAN & ROSENBERG
                                          ATTORNEYS FOR DEFENDANT ANIL KUMAR


                 By:       /s                       
                     Isabelle A. Kirshner (IK7133)
                     305 Madison Avenue - Suite 1301
                     New York, New York 10165
                     (212) 922-1080  phone
                     (212) 949-8255  facsimile