CHARLES E. CLAYMAN (CC0346)
ISABELLE A. KIRSHNER (IK7133)
PAUL S. HUGEL (PH4749)
CLAYMAN & ROSENBERG
ATTORNEYS FOR DEFENDANT ANIL KUMAR
305 Madison Avenue – Suite 1301
New York, New York 10165
(212) 922-1080 phone
(212) 949 8255 facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE  :
COMMISSION,  :
  :
         Plaintiff,  :
  :
  -against-  :    INDEX NO. 09-CV-8811 (JSR)
  :
GALLEON MANAGEMENT, LP,  :    NOTICE OF APPEARANCE
RAJ RAJARATNAM, RAJIV GOEL,  :
ANIL KUMAR, DANIELLE CHIESI,  :
MARK KURLAND, ROBERT MOFFAT,  :
and NEW CASTLE FUNDS LLC,  :
  :
         Defendants.  :
-----------------------------------------------------------------x

TO: The Clerk of this Court and all parties of record.

    ENTER my appearance as counsel in this case for Anil Kumar. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 28, 2009

                                            CLAYMAN & ROSENBERG
                                            ATTORNEYS FOR DEFENDANT ANIL KUMAR

                      By:    _____/s_____
                              Charles E. Clayman (CC0346)
                              305 Madison Avenue - Suite 1301
                              New York, New York 10165
                              (212) 922-1080 phone
                              (212) 949-8255 facsimile