UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
SECURITIES AND EXCHANGE          )
COMMISSION                       )
                                 )
            Plaintiff             )
                                 )
v.                               )
                                 )   No. 09-cv-8811 (JSR)
GALLEON MANAGEMENT, LP,          )
RAJ RAJARATNAM,                  )
RAJIV GOEL,                      )   PROPOSED ORDER
ANIL KUMAR,                      )
DANIELLE CHIESI,                 )
MARK KURLAND,                    )
ROBERT MOFFAT, and               )
NEW CASTLE FUNDS LLC,            )
                                 )
            Defendants.          )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-09

**UPON THE MOTION** of Robert H. Hotz, Jr., attorney for Defendant Raj Rajaratnam, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | John M. Dowd |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW |
| | Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |
| E-mail Address: | jdowd@akingump.com |

is admitted to practice pro hac vice as counsel for Defendant Raj Rajaratnam in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/28/09
New York, New York

*signature*
Honorable Jed S. Rakoff
United States District Judge