UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
SECURITIES AND EXCHANGE COMMISSION :
:
: 09 Civ. 8811 (JSR)
Plaintiff, :
:
vs. :
:
GALLEON MANAGEMENT, L.P., et al. :
:
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of defendant Galleon Management, L.P. in the above captioned action.

Dated: October 30, 2009                Respectfully submitted,

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000
Fax: (212) 848-7179

*Counsel for Defendant Galleon Management, L.P.*