UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

vs.

GALLEON MANAGEMENT, L.P., et al.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

09 Civ. 8811 (JSR)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of defendant Galleon Management, L.P. in the above captioned action.

Dated: October 30, 2009

Respectfully submitted,

SHEARMAN & STERLING LLP

By: _____
Stephen Fishbein
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000
Fax: (212) 848-7179

*Counsel for Defendant Galleon Management, L.P.*