UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                       :

SECURITIES AND EXCHANGE COMMISSION :

                                       :      09 Civ. 8811 (JSR)

               Plaintiff,          :

          vs.                      :

GALLEON MANAGEMENT, LP, et al.    :

               Defendants.       :
------------------------------------x

## RULE 7.1 STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Galleon Management, LP certifies that Galleon Management, LP has no parent corporation and that no publicly held corporation owns 10% or more of it.

Dated: New York, New York
       October 30, 2009

Respectfully submitted,

SHEARMAN & STERLING LLP

By: _____
    Stephen Fishbein
    Adam S. Hakki
    John A. Nathanson
    599 Lexington Avenue
    New York, New York 10022-6069
    (212) 848-4000

*Counsel for Defendant Galleon Management, LP*