UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>GALLEON MANAGEMENT, LP,<br>RAJ RAJARATNAM, RAJIV GOEL,<br>ANIL KUMAR, DANIELLE CHIESI,<br>MARK KURLAND, ROBERT MOFFAT,<br>and NEW CASTLE FUNDS LLC,<br><br>Defendants. | 09 CV 8811 (JSR)<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as counsel in this case for Defendant Danielle Chiesi.

    Alan R. Kaufman
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, NY 10178
    Phone: (212) 808-7800
    Fax: (212) 808-7897

Dated: New York, New York
       November 2, 2009

KELLEY DRYE & WARREN LLP

By: /s/ Alan R. Kaufman
Alan R. Kaufman
101 Park Avenue
New York, New York 10178
(212) 808-7800
*Attorney for Defendant*
*Danielle Chiesi*