UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :

                        Plaintiff,      :     09 Civ. 8811 (JSR)

                        vs.           :

GALLEON MANAGEMENT, L.P., et al.   :

                      Defendants.   :
------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Jaclyn A. Barnao, caused a true and correct copy of the Notices of Appearance of Adam S. Hakki and Stephen Fishbein to be served on counsel listed below via U.S. mail, on November 3, 2009.

Stephen Glaser
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Martin S. Auerbach
1540 Broadway, Suite 2604
New York, NY 10036

Alan Kaufman
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kerry Lawrence
Briccetti, Calhoun & Lawrence, LLP
81 Main St., Ste. 450
White Plains, NY 10601

Lawrence Iason
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017


Dated: New York, New York
       November 3, 2009

                                                  Jaclyn A. Barnao
                                                  SHEARMAN & STERLING LLP
                                                  599 Lexington Avenue
                                                  New York, New York 10022-6069
                                                  (212) 848-4000