UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | |
| Plaintiff, | : | |
| v. | : | 09 Civ. 8811 (JSR) |
| | : | ECF Case |
| GALLEON MANAGEMENT, LP, | : | |
| RAJ RAJARATNAM, | : | **Electronically Filed** |
| RAJIV GOEL, | : | |
| ANIL KUMAR, | : | |
| DANIELLE CHIESI, | : | |
| MARK KURLAND, | : | |
| ROBERT MOFFAT, | : | |
| and | : | |
| NEW CASTLE FUNDS LLC, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned as counsel on behalf of New Castle Funds LLC in the above-captioned action. He is admitted to practice in this Court.

Dated: New York, New York
November 3, 2009

/s/ Steven R. Glaser
Steven R. Glaser
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Steven.Glaser@skadden.com

Attorney for Defendant New Castle Funds LLC