UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | |
| Plaintiff, | : | |
| v. | : | 09 Civ. 8811 (JSR) |
| | : | ECF Case |
| GALLEON MANAGEMENT, LP, | : | |
| RAJ RAJARATNAM, | : | **Electronically Filed** |
| RAJIV GOEL, | : | |
| ANIL KUMAR, | : | |
| DANIELLE CHIESI, | : | |
| MARK KURLAND, | : | |
| ROBERT MOFFAT, | : | |
| and | : | |
| NEW CASTLE FUNDS LLC, | : | |
| Defendants. | : | |

## DEFENDANT NEW CASTLE FUNDS LLC'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant New Castle Funds LLC ("New Castle") certifies that New Castle has no parent corporation and no publicly held corporation owns 10 percent or more of it.

Dated: New York, New York
November 3, 2009

/s/ Steven R. Glaser
Steven R. Glaser
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Steven.Glaser@skadden.com

Attorney for Defendant New Castle Funds LLC