# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 09-cv-8811 (JSR) |
| GALLEON MANAGEMENT, LP, RAJ RAJARATNAM, RAJIV GOEL, ANIL KUMAR, DANIELLE CHIESI, MARK KURLAND, ROBERT MOFFAT, and NEW CASTLE FUNDS LLC, | ) ) ) ) ) ) ) ) ) | PROPOSED ORDER |
| Defendants. | ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-4-09

**UPON THE MOTION** of Robert H. Hotz, Jr., attorney for Defendant Raj Rajaratnam, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | John M. Dowd |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |
| E-mail Address: | jdowd@akingump.com |

is admitted to practice pro hac vice as counsel for Defendant Raj Rajaratnam in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11-2-09
New York, New York

_____
Honorable Jed S. Rakoff
United States District Judge

# CERTIFICATE OF SERVICE

I, Robert H. Hotz, Jr., hereby certify that on October 28, 2009, I served a true and correct copy of the foregoing Pro Hac Vice Motion and accompanying materials for Attorney John M. Dowd upon all counsel of record registered to receive notice. Service was accomplished by regular mail to the following recipients:

>Israel E. Friedman
>U.S. Securities and Exchange Commission
>Three World Financial Center
>New York, NY 10281
>
>Jason Evan Friedman
>U.S. Securities and Exchange Commission
>Three World Financial Center
>New York, NY 10281
>
>Valerie Ann Szczepanik
>U.S. Securities and Exchange Commission
>Three World Financial Center
>New York, NY 10281
>
>Sanjay Wadhwa
>U.S. Securities and Exchange Commission
>Three World Financial Center
>New York, NY 10281
>
>David Rosenfeld
>Securities and Exchange Commission
>Northeast Regional Office
>3 World Financial Center, Suite 400
>New York, NY 10281

By: /s/ Robert H. Hotz, Jr.
Robert H. Hotz, Jr. (RH-4456)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
rhotz@akingump.com

Dated: October 28, 2009