

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>GALLEON MANAGEMENT, LP,<br>RAJ RAJARATNAM,<br>RAJIV GOEL,<br>ANIL KUMAR,<br>DANIELLE CHIESI,<br>MARK KURLAND,<br>ROBERT MOFFAT, and<br>NEW CASTLE FUNDS LLC,<br><br>Defendants. | No. 09-cv-8811 (JSR)<br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, I, Samidh Guha, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant Name: | William E. White |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW<br>Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |

There are no pending disciplinary proceedings against Mr. White in any State of Federal Court.

Dated: November 2, 2009
       New York, New York

Respectfully Submitted,

*Samidh Guha*
Samidh Guha (SG-5759)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
sguha@akingump.com

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GALLEON MANAGEMENT, LP, )<br>RAJ RAJARATNAM, )<br>RAJIV GOEL, )<br>ANIL KUMAR, )<br>DANIELLE CHIESI, )<br>MARK KURLAND, )<br>ROBERT MOFFAT, and )<br>NEW CASTLE FUNDS LLC, )<br>)<br>Defendants. ) | No. 09-cv-8811 (JSR)<br><br>**AFFIDAVIT OF SAMIDH GUHA<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*** |

State of New York )
                   ) ss:
County of New York )

    SAMIDH GUHA, being duly sworn, hereby deposes and says as follows:

    1.    I am a partner at Akin, Gump, Strauss, Hauer & Feld LLP, counsel for Defendant Raj Rajaratnam in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Rajaratnam's motion to admit William E. White as counsel *pro hac vice* to represent Mr. Rajaratnam in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1999, State Bar No. 2962199. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. White since 2004.

4. Mr. White is a partner at Akin, Gump, Strauss, Hauer & Feld, LLP in Washington, District of Columbia.

5. I have found Mr. White to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Mr. White, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of William E. White, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit William E. White, *pro hac vice*, to represent Defendant Raj Rajaratnam in the above captioned matter, be granted

Dated: November 2, 2009
      New York, New York

Notarized:

JAIME M. SHELDON
Notary Public, State of New York
No. 01SH6140377
Qualified in QUEENS County
Commission Expires JANUARY 30, 20__

Respectfully Submitted,

/s/ Samidh Guha
Samidh Guha (SG-5759)



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

WILLIAM E. WHITE, III

was on the 4TH day of AUGUST, 2000 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 26, 2009.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk



| THE STATE BAR | MEMBER SERVICES CENTER |
|---|---|
| OF CALIFORNIA | |

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 27, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM EMMETT WHITE, III, #155617 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>GALLEON MANAGEMENT, LP,<br>RAJ RAJARATNAM,<br>RAJIV GOEL,<br>ANIL KUMAR,<br>DANIELLE CHIESI,<br>MARK KURLAND,<br>ROBERT MOFFAT, and<br>NEW CASTLE FUNDS LLC,<br><br>Defendants. | No. 09-cv-8811 (JSR)<br><br>**PROPOSED ORDER** |

**UPON THE MOTION** of Samidh Guha, attorney for Defendant Raj Rajaratnam, and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | William E. White |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW |
| | Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |
| E-mail Address: | wwhite@akingump.com |

is admitted to practice *pro hac vice* as counsel for Defendant Raj Rajaratnam in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November ___, 2009
New York, New York

_____
The Honorable Jed S. Rakoff
United States District Judge

## CERTIFICATE OF SERVICE

I, Samidh Guha, hereby certify that on November 2, 2009, I served a true and correct copy of the foregoing *Pro Hac Vice* Motion and accompanying materials for Attorney William E. White upon all counsel of record registered to receive notice. Service was accomplished by regular mail to the following recipients:

Israel E. Friedman
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Jason Evan Friedman
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Valerie Ann Szczepanik
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Sanjay Wadhwa
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

David Rosenfeld
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

By: /s/ Samidh Guha
Samidh Guha (SG-5759)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
sguha@akingump.com

Dated: November 2, 2009