Kenneth I. Schacter
Gerald J. Russello
Eugenie M. Cesar-Fabian
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
*Attorneys for Defendant Robert Moffat*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION, | 09 Civ. 8811 (JSR) |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| GALLEON MANAGEMENT, LP, et al., | |
| Defendants. | |

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Robert Moffat, a defendant in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

       Kenneth I. Schacter
       BINGHAM McCUTCHEN LLP
       399 Park Avenue
       New York, NY 10022

Dated: New York, New York
       November 5, 2009

       **BINGHAM McCUTCHEN LLP**

       s/ Kenneth I. Schacter
       Kenneth I. Schacter
       399 Park Avenue
       New York, New York 10022
       (212) 705-7000
       kenneth.schacter@bingham.com

       *Attorneys for Defendant Robert Moffat*