Kenneth I. Schacter
Gerald J. Russello
Eugenie M. Cesar-Fabian
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
*Attorneys for Defendant Robert Moffat*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION, | 09 Civ. 8811 (JSR) |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| GALLEON MANAGEMENT, LP, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Robert Moffat, a defendant in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

Eugenie M. Cesar-Fabian
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022

Dated: New York, New York
November 5, 2009

**BINGHAM McCUTCHEN LLP**

s/ Eugenie M. Cesar-Fabian
Eugenie M. Cesar-Fabian
399 Park Avenue
New York, New York 10022
(212) 705-7000
eugenie.cesar-fabian@bingham.com.

*Attorneys for Defendant Robert Moffat*

A/73190702.1