UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-5-09

SECURITIES AND EXCHANGE )
COMMISSION )
)
Plaintiff )
)
v. )
) No. 09-cv-8811 (JSR)
GALLEON MANAGEMENT, LP, )
RAJ RAJARATNAM, )
RAJIV GOEL, ) **PROPOSED ORDER**
ANIL KUMAR, )
DANIELLE CHIESI, )
MARK KURLAND, )
ROBERT MOFFAT, and )
NEW CASTLE FUNDS LLC, )
)
Defendants. )

**UPON THE MOTION** of Samidh Guha, attorney for Defendant Raj Rajaratnam, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | William E. White |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW |
| | Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |
| E-mail Address: | wwhite@akingump.com |

is admitted to practice *pro hac vice* as counsel for Defendant Raj Rajaratnam in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November 4, 2009
      New York, New York

_____
The Honorable Jed S. Rakoff
United States District Judge

# CERTIFICATE OF SERVICE

I, Samidh Guha, hereby certify that on November 2, 2009, I served a true and correct copy of the foregoing *Pro Hac Vice* Motion and accompanying materials for Attorney William E. White upon all counsel of record registered to receive notice. Service was accomplished by regular mail to the following recipients:

Israel E. Friedman
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Jason Evan Friedman
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Valerie Ann Szczepanik
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Sanjay Wadhwa
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

David Rosenfeld
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

By: /s/ Samidh Guha
Samidh Guha (SG-5759)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
sguha@akingump.com

Dated: November 2, 2009