UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                Plaintiff,           :     09 Civ. 8811 (JSR)
                                     :
        -v-                          :     ORDER
                                     :
GALLEON MANAGEMENT, LP, et al.,      :
                                     :
                Defendants.          :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

The Securities and Exchange Commission amended its complaint yesterday to include additional defendants. Unless persuaded otherwise, the Court intends to maintain the schedule set forth in the Case Management Plan ordered on November 4, 2009. Therefore, if counsel for any newly-added defendant objects to that schedule, such counsel must file such objection with the Court by no later than November 25, 2009.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 6, 2009