UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                vs.

GALLEON MANAGEMENT, L.P., ET AL.,

                Defendants.
------------------------------------------------------------ x

Civil Action No. 09-Civ.-8811 (JSR)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE THAT Norman A. Bloch, a member of this Court in good standing, respectfully enters his appearance as counsel on behalf of defendant Rajiv Goel in the above-captioned action.

Dated: November 9, 2009
       New York, New York

Respectfully submitted,

By: /s/ Norman A. Bloch
Norman A. Bloch
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 344-5680
Facsimile: (212) 344-6101
norman.bloch@thompsonhine.com

*Attorneys for Defendant Rajiv Goel*