## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 9th day of November 2009, true and correct copies of the Notices of Appearance for Norman A. Bloch and Sunny H. Kim were served by ECF upon counsel of record registered to receive notice through ECF.

                                                                _____
                                                                   Sunny H. Kim