UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
SECURITIES AND EXCHANGE
COMMISSION,

             Plaintiff,

             vs.

GALLEON MANAGEMENT, L.P., ET AL.,

             Defendants.
---------------------------------------------------------------- x

Civil Action No. 09-Civ.-8811 (JSR)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE THAT Sunny H. Kim, a member of this Court in good standing, respectfully enters her appearance as counsel on behalf of defendant Rajiv Goel in the above-captioned action.

Dated: November 9, 2009
       New York, New York

Respectfully submitted,

By: _____
      Sunny H. Kim
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 344-5680
Facsimile: (212) 344-6101
sunny.kim@thompsonhine.com

*Attorneys for Defendant Rajiv Goel*