UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
SECURITIES AND EXCHANGE COMMISSION  :
                                              :
                                              :   09 Civ. 8811 (JSR)
                       Plaintiff,      :
                                              :
            vs.                            :
                                              :
GALLEON MANAGEMENT, L.P., et al.  :
                                              :
                                              :
                       Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of defendant Galleon Management, L.P. in the above captioned action.

Dated: November 9, 2009					Respectfully submitted,

								SHEARMAN & STERLING LLP


								By:   s/ John A. Nathanson
								       John A. Nathanson
								       599 Lexington Avenue
								       New York, New York 10022-6069
								       (212) 848-4000
								       Fax: (212) 848-7179

								       *Counsel for Defendant Galleon
								       Management, L.P.*