UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>GALLEON MANAGEMENT, LP,<br>RAJ RAJARATNAM,<br>RAJIV GOEL,<br>ANIL KUMAR,<br>DANIELLE CHIESI,<br>MARK KURLAND,<br>ROBERT MOFFAT,<br>NEW CASTLE FUNDS LLC,<br>ROOMY KHAN,<br>DEEP SHAH,<br>ALI T. FAR,<br>CHOO-BENG LEE,<br>FAR & LEE LLC,<br>SPHERIX CAPITAL LLC,<br>ALI HARIRI,<br>ZVI GOFFER,<br>DAVID PLATE,<br>GAUTHAM SHANKAR,<br>SCHOTTENFELD GROUP, LLC,<br>STEVEN FORTUNA,<br> and<br>S2 CAPITAL MANAGEMENT LP,<br><br>                Defendants. | CASE NO: 09 Civ. 8811 (JSR)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Schottenfeld Group, LLC in the above-captioned action.

Dated: New York, New York       PAUL, HASTINGS, JANOFSKY &
November 10, 2009               WALKER LLP


By: /s/ Hissan Bajwa
    Hissan Bajwa
    Paul, Hastings, Janofsky & Walker, LLP
    75 East 55th Street
    New York, New York 10022
    Tel: (212) 318-6000

    *Attorney for Defendant Schottenfeld
    Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2009 a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Hissan Bajwa
Hissan Bajwa
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, New York 10022
Tel: (212) 318-6000