Kenneth I. Schacter
Gerald J. Russello
Eugenie M. Cesar-Fabian
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
*Attorneys for Defendant Robert Moffat*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>GALLEON MANAGEMENT, LP, et al.,<br><br>Defendants. | 09 Civ. 8811 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Robert Moffat, a defendant in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Gerald J. Russello
> BINGHAM McCUTCHEN LLP
> 399 Park Avenue
> New York, NY 10022

Dated: New York, New York
　　　November 12, 2009

**BINGHAM McCUTCHEN LLP**

s/ Gerald J. Russello
Gerald J. Russello
399 Park Avenue
New York, New York 10022
(212) 705-7000
gerald.russello @bingham.com

*Attorneys for Defendant Robert Moffat*

A/73214755.1