UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SECURITIES AND EXCHANGE COMMISSION,                         :
                                                            :   Case No. 09 Civ. 8811 (JSR)
                       Plaintiff,                           :
                                                            :   ECF CASE
          v.                                                :
                                                            :   NOTICE OF APPEARANCE
GALLEON MANAGEMENT, LP,                                     :
RAJ RAJARATNAM,                                             :
RAJIV GOEL,                                                 :
ANIL KUMAR,                                                 :
DANIELLE CHIESI,                                            :
MARK KURLAND,                                               :
ROBERT MOFFAT,                                              :
NEW CASTLE FUNDS LLC,                                       :
ROOMY KHAN,                                                 :
DEEP SHAH,                                                  :
ALI T. FAR,                                                 :
CHOO-BENG LEE,                                              :
FAR & LEE LLC,                                              :
SPHERIX CAPITAL LLC,                                        :
ALI HARIRI,                                                 :
ZVI GOFFER,                                                 :
DAVID PLATE,                                                :
GAUTHAM SHANKAR,                                            :
SCHOTTENFELD GROUP LLC,                                     :
STEVEN FORTUNA,                                             :
    and                                                     :
S2 CAPITAL MANAGEMENT, LP,                                  :
                                                            :
                       Defendants.                          :
------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendant Ali Hariri, and requests that all notices given or required to be given, and all papers

served or required to be served in this case, be given to or served upon:

> Harlan J. Protass, Esq.
> Law Offices of Harlan J. Protass, PLLC
> 305 Madison Avenue
> Suite 1301
> New York, NY 10165
> T. 212-922-1080
> F. 212-949-8255
> hprotass@protasslaw.com

Dated: New York, New York
November 17, 2009

                        LAW OFFICES OF HARLAN J. PROTASS, PLLC

                        By: _____
                            Harlan J. Protass (HP-2826)
                        305 Madison Avenue, Suite 1301
                        New York, New York 10165
                        T. 212-922-1080
                        F. 212-949-8255
                        hprotass@protasslaw.com

                        *Counsel for Defendant Ali Hariri*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 17, 2009 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Harlan J. Protass