UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                   :

SECURITIES AND EXCHANGE COMMISSION  :  09 Civ. 8811 (JSR)
                                                                   :

                      Plaintiff,      :

            -against-       :

GALLEON MANAGEMENT, L.P., et al.     :

                     Defendants.  :

---------------------------------------------------------------- x  ECF Case

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

       Please enter my appearance as counsel in this case for Defendant Ali T. Far. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

| | |
|---|---|
| Dated: November 19, 2009<br>       New York, New York | Respectfully submitted,<br><br>KOBRE & KIM LLP<br><br>/s/ Steven G. Kobre<br>Steven G. Kobre<br>(steven.kobre@kobrekim.com)<br>800 Third Avenue<br>New York, New York 10022<br>Tel: +1 212 488 1202<br>Fax: +1 212 488 1222<br><br>*Attorneys for Defendant Ali T. Far* |