**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                               :

SECURITIES AND EXCHANGE COMMISSION  :  09 Civ. 8811 (JSR)
                                                               :

                           Plaintiff,             :

                          -against-             :

GALLEON MANAGEMENT, L.P., et al.       :

                         Defendants.   :

---------------------------------------------------------------- x  ECF Case

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

      Please enter my appearance as counsel in this case for Defendant Ali T. Far. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: November 19, 2009                Respectfully submitted,
       Washington, DC

                                                  KOBRE & KIM LLP

                                                  /s/ Andrew C. Lourie
                                                  Andrew C. Lourie
                                                  (andrew.lourie@kobrekim.com)
                                                  1919 M Street, NW
                                                  Washington, DC 20036
                                                  Tel: +1 202 664 1907
                                                  Fax: +1 202 664 1927

                                                  *Attorneys for Defendant Ali T. Far*