**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
:
SECURITIES AND EXCHANGE COMMISSION  :  09 Civ. 8811 (JSR)
:
                     Plaintiff,  :
:
            -against-  :
:
GALLEON MANAGEMENT, L.P., et al.  :
:
                  Defendants.  :
:
------------------------------------------------------------------- x  ECF Case

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

      Please enter my appearance as counsel in this case for Defendant Ali T. Far. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: November 19, 2009            Respectfully submitted,
       New York, New York

                                         KOBRE & KIM LLP

                                         /s/ Francisco J. Navarro
                                         Francisco J. Navarro
                                         (francisco.navarro@kobrekim.com)
                                         800 Third Avenue
                                         New York, New York 10022
                                         Tel: +1 212 488 1240
                                         Fax: +1 212 488 1220

                                         *Attorneys for Defendant Ali T. Far*