UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

GALLEON MANAGEMENT, LP, ET AL.,

                Defendants.

-----------------------------------------------------------------X

09 Civ. No. 8811 (JSR)

ECF CASE

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that K&L Gates LLP, by and through its attorneys, Jeffrey L. Bornstein and Laura A. Brevetti, will be appearing as counsel of record for Defendant CHOO-BENG LEE in the above-captioned matter. Ms. Brevetti is a member of this Court in good standing. Mr. Bornstein has filed a motion for appearance *pro hac vice* concurrently herewith.

Dated:    November 20, 2009

Respectfully submitted:

By: _____
Laura A. Brevetti

K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-4008
Facsimile: (212) 536-3901
laura.brevetti@klgates.com

ATTORNEYS FOR DEFENDANT
CHOO-BENG LEE