ROLAND G. RIOPELLE (RR-2950)
DIANE FERRONE (DF-8023)
Sercarz & Riopelle, LLP
152 W. 57th Street, Suite 24C
New York, NY 10165
(212) 586-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SECURITIES AND EXCHANGE :
COMMISSION,
: 09-CV-8811 (JSR)
Plaintiff,
: NOTICE OF APPEARANCE
-against-
:
GALLEON MANAGEMENT, LP,
ET AL., :

Defendants. :

------------------------------------------------------X

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD.

ENTER our appearance as counsel in this case for Defendant David Plate. We certify that we are admitted to practice in this Court.

Dated: New York, New York
November 23, 2009

SERCARZ & RIOPELLE, LLP

By: /s/ Roland G. Riopelle

Roland G. Riopelle (RR-2950)
152 W. 57th Street, Suite 24C
New York, NY 10165
(212) 586-4900