USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-23-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

GALLEON MANAGEMENT, LP, et al.,

Defendants.

Civ. No.
09-CIV-8811 (JSR)

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and with the consent of Anil Kumar that, pursuant to Local Civil Rule 1.4, Robert G. Morvillo and Gregory Morvillo, of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, NY 10017, be substituted as counsel for Anil Kumar in place of Charles E. Clayman, Paul Scott Hugel, and Isabelle A. Kirshner, of Clayman & Rosenberg, 305 Madison Avenue, Suite 1301, New York, NY 10165.

Dated: November 18, 2009

_____
Robert G. Morvillo
Gregory Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017

212-856-9600 (telephone)
212-856-9494 (facsimile)
rmorvillo@maglaw.com
gmorvillo@maglaw.com

_____
Charles E. Clayman
Paul Scott Hugel
Isabelle A. Kirshner
CLAYMAN & ROSENBERG
305 Madison Avenue
Suit 1301
New York, NY 10165
212-922-1080 (telephone)
212-949-8255 (facsimile)
clayman@clayro.com
hugel@clayro.com
ikirshner@aol.com*

SO ORDERED
_____
United States District Judge
11-30-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

GALLEON MANAGEMENT, LP, et al.,

Defendants.

Civ. No.
09-CIV-8811 (JSR)

## DECLARATION OF ROBERT G. MORVILLO IN SUPPORT OF THE STIPULATION AND ORDER SUBSITITUTING COUNSEL

I, ROBERT M. MORVILLO, hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am affiliated with Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.

2. I make this declaration, pursuant to Local Civil Rule 1.4, in support of the Stipulation and Order Substituting Counsel.

3. The Stipulation and Order Substituting Counsel is sought because Anil Kumar has determined that his interests would best be served by Morvillo Abramowitz undertaking his representation.

4. The Complaint in this matter was filed on October 16, 2009. The next scheduled hearing is a pre-trial conference on June 11, 2010.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 19, 2009

*Robert G. Morvillo* (signature)

Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
212-856-9600 (telephone)
212-856-9494 (facsimile)
rmorvillo@maglaw.com