USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-23-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

   -against-

GALLEON MANAGEMENT, LP, ET AL.,

          Defendants.

------------------------------------------------------X

09 Civ. No. 8811 (JSR)

ECF CASE

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT
AND MAKE INITIAL
DISCLOSURES

WHEREAS Plaintiff Securities and Exchange Commission filed the amended complaint in the above-captioned action on November 5, 2009, naming Defendant Choo-Beng Lee as a defendant;

WHEREAS Plaintiff Securities and Exchange Commission effectuated service by email on Defendant Choo-Beng Lee on November 6, 2009; and

WHEREAS Defendant Choo-Beng Lee's current response date is November 30, 2009;

WHEREAS, pursuant to Fed. R. Civ. P. 26(a)(1)(D), Defendant Choo-Beng Lee's deadline to make the initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A) is December 7, 2009;

WHEREAS the parties are currently attempting to reach a consensual resolution of the case;

////

////

////

Pursuant to Fed. R. Civ. P. 6(b), the parties hereby STIPULATE AND AGREE that Defendant Choo-Beng Lee's deadline to respond to the complaint and to make the disclosures required by Fed. R. Civ. P. 26(a) is extended until **JANUARY 4, 2010**.

SO STIPULATED.

Dated: November 19, 2009

Respectfully submitted:

K&L GATES LLP

By: _____
Jeffrey L. Bornstein, *pro hac vice application pending*
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Laura A. Brevetti
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-4008
Facsimile: (212) 536-3901
laura.brevetti@klgates.com

ATTORNEYS FOR DEFENDANT
CHOO-BENG LEE

Dated: November 19, 2009

Respectfully submitted:

By: _____
Valerie A. Szczepanik
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, RM 400
New York, NY 10281-1022
Telephone: (212) 336-0175
Facsimile: (212) 336-1317

DENIED

SO ORDERED.

DATED: New York, New York

    11/20, 2009

HONORABLE. Jed S. Rakoff
United States District Judge