# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by causing a copy to be filed via the Court's CM/ECF system this 24th day of November 2009 on:

**Valerie A. Szczepanik**
**David Rosenfeld**
**Israel E. Friedman**
**Sanjay Wadhwa**
**Jason Evan Friedman**
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281
(212)336-0175
szczepanikv@sec.gov
friedmani@sec.gov
wadhwas@sec.gov
friedmanj@sec.gov

*Attorneys for Plaintiff*

**Adam Selim Hakki**
**Stephen Robert Fishbein**
**John A. Nathanson**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212)848-4924
ahakki@shearman.com
sfishbein@shearman.com
john.nathanson@shearman.com

*Attorneys for Galleon Management, LP*

**Norman A. Bloch**
**Sunny Hyo Seon Kim**
Thompson Hine, LLP
335 Madison Avenue
New York, NY 10017
(212)908-3942
norman.bloch@thompsonshine.com

*Attorney for Rajiv Goel*

**Robert Morvillo**
**Gregory Morvillo**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
(212)880-9400
rmorvillo@maglaw.com
gmorvillo@maglaw.com

*Attorneys for Anil Kumar*

**Alan Robert Kaufman**
**David I. Zalman**
**Thomas B. Kinzler**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(212)661-0040
akaufman@kelleydrye.com
dzalman@kelleydrye.com
tkinzler@kellyedrye.com

*Attorneys for Danielle Chiesi*

**Theodore Altman**
DLA Piper LLP
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212)335-4560
theodore.altman@dlapiper.com

*Attorney for Mark Kurland*

1

**Eugene Marie Cesar-Fabian**
**Kenneth Ian Schacter**
**Gerald J. Russello**
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212)299-6235
eugenie.cesar-fabian@bingham.com
kenneth.schacter@bingham.com
gerald.russello@bingham.com

*Attorneys for Robert Moffat*

**Steven Ronald Glaser**
Skadden Arps, Slate, Meagher & Flom LLP
Four Times Square, 42nd Floor
New York, NY 10036
(212)735-2465
steven.glaser@skadden.com

*Attorney for New Castle Funds, LLP*

**Steven G. Kobre**
**Andrew C. Lourie**
**Francisco J. Navarro**
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212)664-1900
steven.kobre@kobrekim.com
andrew.lourie@kobrekim.com
francisco.navarro@kobrekim.com

*Attorneys for Ali Far*

**Laura A. Brevetti**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
(212)536-3901
laura.brevetti@klgates.com

*Attorney for Choo-Beng Lee*

**Harlan J. Protass**
Law Offices of Sean F. O'Shea
90 Park Avenue, 20th Floor
New York, NY 10016
(212)682-4437
hprotass@protasslaw.com

*Attorney for Ali Hariri*

**Richard J. Schaeffer**
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY 10017
schaeffer@dssvlaw.com

*Attorney for Steven Fortuna*

**Kenneth M. Breen**
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103
(212)318-3340
kbreen@fulbright.com

**Hissan Ahsan Bajwa**
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022
(212)318-6000
hissanbajwa@paulhastings.com

*Attorneys for Schottenfeld Group, LLC*

      /s/ Robert H. Hotz, Jr.

John M. Dowd (admitted *pro hac vice*)
Terence J. Lynam (admitted *pro hac vice*)
William E. White (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, NW
Washington, DC 20036
(202)887-4000

Robert H. Hotz, Jr. (RH-4456)
Samidh J. Guha (SG-5759)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212)872-1000

*Attorneys for Raj Rajaratnam*