UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>GALLEON MANAGEMENT, LP, et al.,<br><br>　　　　　　　Defendants. | Civ. No.<br>09-CIV-8811 (JSR) |

## **NOTICE OF APPEARANCE**

　　PLEASE TAKE NOTICE that Robert G. Morvillo of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of defendant Anil Kumar and hereby requests that all papers in the above-captioned action be served upon the undersigned at the email address stated below. I certify that I am admitted to practice before this Court.

Dated:　November 24, 2009
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　MORVILLO, ABRAMOWITZ, GRAND,
　　　　　　　　　　　　　　　　　　　　　　IASON, ANELLO & BOHRER, P.C.

　　　　　　　　　　　　　　　　　　　　　　/s/  Robert G. Morvillo
　　　　　　　　　　　　　　　　　　　　　　　Robert G. Morvillo

　　　　　　　　　　　　　　　　　　　　　565 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　(212) 856-9600 (Phone)
　　　　　　　　　　　　　　　　　　　　　(212) 856-9494 (Fax)
　　　　　　　　　　　　　　　　　　　　　Email: rmorvillo@maglaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Anil Kumar*