UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

GALLEON MANAGEMENT, LP, et al.,

Defendants.

Civ. No.
09-CIV-8811 (JSR)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory Morvillo of Morvillo, Abramowitz, Grand, Iason,

Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017,

hereby appears on behalf of defendant Anil Kumar and hereby requests that all papers in the

above-captioned action be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated:  November 24, 2009
        New York, New York

MORVILLO, ABRAMOWITZ, GRAND,
  IASON, ANELLO & BOHRER, P.C.

     /s/  Gregory Morvillo
        Gregory Morvillo

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: gmorvillo@maglaw.com

*Attorney for Defendant Anil Kumar*