UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
                                                     :

SECURITIES AND EXCHANGE COMMISSION,

                                                   :     09-cv-8811 (JSR)
                                                   :        ECF CASE
                                Plaintiff,     :

          - against -                                 :

GALLEON MANAGEMENT, LP, et.al.             :

                                Defendants.    :
------------------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Mark Kurland.

I certify that I am admitted to practice before this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

DATED:     November 24, 2009
                  New York, New York

                                        /s/ Theodore Altman
                                        Theodore Altman, Esq.
                                        theodore.altman@dlapiper.com
                                        DLA PIPER LLP (US)
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        Tel.: (212) 335-4500

                                        Attorneys for Defendant
                                        *Mark Kurland*