UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                                             Plaintiff,

- against -

GALLEON MANAGEMENT, LP, et. al.

                                             Defendants.

09-cv-8811 (JSR)
ECF CASE

-------------------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Mark Kurland.

I certify that I am admitted to practice before this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

DATED:    November 24, 2009
                   New York, New York

                                        /s/ Caryn Schechtman
                                        Caryn G. Schechtman, Esq.
                                        caryn.schechtman@dlapiper.com
                                        DLA PIPER LLP (US)
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        Tel.: (212) 335-4500

                                        Attorneys for Defendant
                                        *Mark Kurland*