UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,
:
: 09-cv-8811 (JSR)
: ECF CASE
Plaintiff, :
:
- against - :
:
GALLEON MANAGEMENT, LP, et. al. :
:
Defendants. :
:
---------------------------------------------------------------------------------x

# **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Mark Kurland.

I certify that I am admitted to practice before this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

DATED: November 24, 2009
New York, New York

/s/ Jeffrey Rotenberg
Jeffrey Rotenberg, Esq.
jeffrey.rotenberg@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500

Attorneys for Defendant
*Mark Kurland*