UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,
:   09-cv-8811 (JSR)
:
Plaintiff,   :   ECF CASE
:
- against -   :
:
GALLEON MANAGEMENT, LP, et. al.   :
:
Defendants.   :
:
-------------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Mark Kurland.

I certify that I am admitted to practice before this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

DATED:   November 24, 2009
New York, New York

/s/ Patrick Smith
Patrick Smith, Esq.
patrick.smith@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500

Attorneys for Defendant
*Mark Kurland*