ORIGINAL

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>GALLEON MANAGEMENT, LP,<br>RAJ RAJARATNAM,<br>RAJIV GOEL,<br>ANIL KUMAR,<br>DANIELLE CHIESI,<br>MARK KURLAND,<br>ROBERT MOFFAT, and<br>NEW CASTLE FUNDS LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>No. 09-cv-8811 (JSR)<br>)<br>)  **MOTION TO ADMIT COUNSEL**<br>)  ***PRO HAC VICE***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PURSUANT TO RULE 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert H. Hotz, Jr., a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant Name: | Terence J. Lynam |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW<br>Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |

There are no pending disciplinary proceedings against Mr. Lynam in any State or Federal Court.

Dated: November 18, 2009
      New York, New York

Respectfully Submitted,

*[signature]*

Robert H. Hotz, Jr. (RH4456)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
rhotz@akingump.com

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GALLEON MANAGEMENT, LP, )<br>RAJ RAJARATNAM, )<br>RAJIV GOEL, )<br>ANIL KUMAR, )<br>DANIELLE CHIESI, )<br>MARK KURLAND, )<br>ROBERT MOFFAT, and )<br>NEW CASTLE FUNDS LLC, )<br>)<br>Defendants. ) | No. 09-cv-8811 (JSR)<br><br>**AFFIDAVIT OF ROBERT H. HOTZ IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York )
                 ) ss:
County of New York )

ROBERT H. HOTZ, JR., being duly sworn, hereby deposes and says as follows:

1. I am a partner at Akin, Gump, Strauss, Hauer & Feld LLP, counsel for Defendant Raj Rajaratnam in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Rajaratnam's motion to admit Terence J. Lynam as counsel *pro hac vice* to represent Mr. Rajaratnam in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 3, 1993, State Bar No. 2550614. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

TERENCE J. LYNAM

was on the 15TH day of DECEMBER, 1978 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 26, 2009.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT TERENCE JOSEPH LYNAM IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. LYNAM WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON *MAY 2, 1980*, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued October 29, 2009*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> Plaintiff <br><br> v. <br><br> GALLEON MANAGEMENT, LP, <br> RAJ RAJARATNAM, <br> RAJIV GOEL, <br> ANIL KUMAR, <br> DANIELLE CHIESI, <br> MARK KURLAND, <br> ROBERT MOFFAT, and <br> NEW CASTLE FUNDS LLC, <br><br> Defendants. | No. 09-cv-8811 (JSR) <br><br> **PROPOSED ORDER** |

**UPON THE MOTION** of Robert H. Hotz, Jr., attorney for Defendant Raj Rajaratnam,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Terence J. Lynam |
| Firm Name: | Akin, Gump, Strauss, Hauer & Feld LLP |
| Firm Address: | 1333 New Hampshire Avenue NW |
| | Washington, DC 20036 |
| Phone Number: | (202) 877-4000 |
| Fax Number: | (202) 877-4288 |
| E-mail Address: | tlynam@akingump.com |

is admitted to practice *pro hac vice* as counsel for Defendant Raj Rajaratnam in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November ___, 2009
     New York, New York

                                                            _____
                                                            The Honorable Jed S. Rakoff
                                                            United States District Judge

# CERTIFICATE OF SERVICE

I, Robert H. Hotz, Jr., hereby certify that on November 18, 2009, I served a true and correct copy of the foregoing *Pro Hac Vice* Motion and accompanying materials for Attorney Terence J. Lynam upon all counsel of record registered to receive notice. Service was accomplished by regular mail to the following recipients:

Israel E. Friedman
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Jason Evan Friedman
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Valerie Ann Szczepanik
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

Sanjay Wadhwa
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281

David Rosenfeld
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

David I. Zalman
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Gerald J. Russello
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Kenneth Ian Schacter
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

John A. Nathanson
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Isabelle A. Kirshner
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, NY 10165

Thomas Benjamin Kinzler
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Sunny Hyo Seon Kim
Thompson Hine, LLP
335 Madison Avenue
New York, NY 10017-4611

Alan Robert Kaufman
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

Paul Scott Hugel
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, NY 10165

Adam Selim Hakki  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, NY 10022  

Steven Ronald Glaser  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
42nd floor  
New York, NY 10036  

Stephen Robert Fishbein  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, NY 10022  

Charles E. Clayman  
Clayman & Rosenberg  
305 Madison Avenue, Suite 1301  
New York, NY 10165  

Eugenie Marie Cesar-Fabian  
Bingham McCutchen LLP  
399 Park Avenue  
New York, NY 10022  

Kenneth M. Breen  
Fulbright & Jaworski L.L.P.  
666 Fifth Avenue  
New York, NY 10103  

Hissan Ahsan Bajwa  
Paul, Hastings, Janofsky & Walker LLP  
75 East 55th Street  
New York, NY 10022  

By: /s/ Robert H. Hotz, Jr.  
Robert H. Hotz, Jr. (RH4456)  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY 10036  
(212) 872-1000  
rhotz@akingump.com  

Dated: November 18, 2009