UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09 Civ. 8811 (JSR) (__)

- against -

Galleon Management LP, Raj Rajaratnam, Rajiv Goel,

**AFFIRMATION OF SERVICE**

Anil Kumar, Danielle Chiesi, Mark Kurland, Robert Moffat,

New Castle Funds, LLC, Roomy Khan, Deep Shah, Ali Far,

Choo-Beng Lee, Far & Lee LLC, Spherix Capital LLC, Ali Hariiri

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*
Zvi Goffer, David Plate, Gautham Shankar, Schottenfeld Group, LLC,

Stephen Fortuna, and S2 Capital Management LP

I, Terence J. Lynam
*(name)*, **declare under penalty of perjury** that I have

served a copy of the attached Answer on Behalf of Raj Rajaratnam
*(document you are serving)*

upon Richard J. Schaeffer whose address is
*(name of person served)*
Dornbush, Schaeffer, Strongin & Venaglia LLP

747 Third Avenue, New York, NY 10017
*(where you served document)*

by United States First Class Mail .
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Washington , DC
*(town/city)* *(state)*

November 24 , 20 09
*(month)* *(day) (year)*

*Signature* /s/ Terence J. Lynam

1333 New Hampshire Ave, NW
*Address*

Washington, DC
*City, State*

20036
*Zip Code*

202-887-4000
*Telephone Number*

*Rev. 05/2007*