# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Galleon Management LP, Raj Rajaratnam, Rajiv Goel,

Anil Kumar, Danielle Chiesi, Mark Kurland, Robert Moffat,

New Castle Funds, LLC, Roomy Khan, Deep Shah, Ali Far,

Choo-Beng Lee, Far & Lee LLC, Spherix Capital LLC, Ali Hariiri

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Zvi Goffer, David Plate, Gautham Shankar, Schottenfeld Group, LLC,

Stephen Fortuna, and S2 Capital Management LP

09 **Civ.** 8811 (JSR) ( )

## AFFIRMATION OF SERVICE

I, Terence J. Lynam
_____, **declare under penalty of perjury** that I have
*(name)*

served a copy of the attached Answer on Behalf of Raj Rajaratnam
_____
*(document you are serving)*

upon Theodore Altman
_____ whose address is _____
*(name of person served)*

DLA Piper
_____

1251 Avenue of the Americas, 27th Floor, New York, NY 10020
_____
*(where you served document)*

by United States First Class Mail
_____.
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Washington , DC
_____   _____
*(town/city)*      *(state)*

November      24 , 20 09
_____   ___  _____
*(month)*       *(day)* *(year)*

*Signature*

1333 New Hampshire Ave, NW
_____
*Address*

Washington, DC
_____
*City, State*

20036
_____
*Zip Code*

202-887-4000
_____
*Telephone Number*

*Rev. 05/2007*