UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Galleon Management LP, Raj Rajaratnam, Rajiv Goel,

Anil Kumar, Danielle Chiesi, Mark Kurland, Robert Moffat,

New Castle Funds, LLC, Roomy Khan, Deep Shah, Ali Far,

Choo-Beng Lee, Far & Lee LLC, Spherix Capital LLC, Ali Hariiri

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*
Zvi Goffer, David Plate, Gautham Shankar, Schottenfeld Group, LLC,

Stephen Fortuna, and S2 Capital Management LP

___ **Civ.** 8811 ___ (JSR) (___)

**AFFIRMATION OF SERVICE**

I, Terence J. Lynam _____, **declare under penalty of perjury** that I have
        *(name)*

served a copy of the attached Answer on Behalf of Raj Rajaratnam _____
                                            *(document you are serving)*

upon Harlan J. Protass _____ whose address is _____
            *(name of person served)*
Law Offices of Sean F. O'Shea

90 Park Avenue, 20th Floor, New York, NY 10016 _____
                *(where you served document)*

by United States First Class Mail _____.
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Washington , DC
        *(town/city)* *(state)*

November 24 , 20 09
    *(month)* *(day)* *(year)*

*Signature*

1333 New Hampshire Ave, NW
*Address*

Washington, DC
*City, State*

20036
*Zip Code*

202-887-4000
*Telephone Number*

*Rev. 05/2007*