Cynthia M. Monaco, Esq.
Dennis J. Nolan, Esq.
**ANDERSON KILL & OLICK, P.C.**
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: (212) 278-1000
*Attorneys for Defendant Zvi Goffer*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>GALLEON MANAGEMENT, LP, et al.<br><br>Defendants. | Case No. 09-cv-8811 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Zvi Goffer, a defendant in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and papers in this case be sent to:

        Cynthia M. Monaco
        Dennis J. Nolan
        Anderson Kill & Olick, P.C.
        1251 Avenue of the Americas
        New York, New York 10020-1182

Dated: November 25, 2009

        ANDERSON KILL & OLICK, P.C.

        By: /s/ Cynthia M. Monaco
            Cynthia M. Monaco
            Dennis J. Nolan
            1251 Avenue of the Americas
            New York, New York 10020-1182
            (212) 278-1000
            E-mail: cmonaco@andersonkill.com
            E-mail: Dnolan@andersonkill.com
            *Attorneys for Defendant Zvi Goffer*