Rakoff ⚡
/.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

        -against-

GALLEON MANAGEMENT, LP, RAJ
RAJATRATNAM, RAJIV GOEL, ANIL KUMAR,
DANIELLE CHIESI, MARK KURLAND,
ROBERT MOFFAT, NEW CASTLE FUNDS LLC,
ROOMY KHAN, DEEP SHAH, ALI T. FAR,
CHOO-BENG LEE, FAR & LEE LLC, SPHERIX
CAPIAL LLC, ALI HARIRI, ZVI GOFFER,
DAVID PLATE, GAUTHAM SHANKAR,
SCHOTTENFELD GROUP LLC, STEVEN
FORTUNA, AND S2 CAPITAL MANAGEMENT,
LP,

                  Defendants.
------------------------------------------------------------ x

09 Civ. 8811 (JSR)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-09

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for Defendants Galleon Management, LP, Rajiv Goel, Anil Kumar,

Danielle Chiesi, Mark Kurland, Robert Moffat and New Castle Funds, LLC to answer, move

with respect to or otherwise respond to the Amended Complaint herein is extended to and

including December 9, 2009, provided that this extension of time shall not affect the schedule for

discovery in this action.

Dated: November 23, 2009

_[signature]_

Valerie A. Szczepanik
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175
szczepanikv@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

_[signature]_

Adam S. Hakki
SHEARMAN & STERLING LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
*Attorneys for Defendant Galleon Management, LP*

Norman A. Bloch
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
(212) 908-3942
norman.bloch@thompsonhine.com
*Attorneys for Defendant Rajiv Goel*

Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
rmorvillo@maglaw.com
*Attorneys for Defendant Anil Kumar*

Alan R. Kaufman
KELLEY DRYE & WARREN
101 Park Avenue
New York, NY 10178
(212) 661-0040
akaufman@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*

Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
(212)-735-2465
steven.glaser@skadden.com
*Attorneys for Defendant New Castle Funds, LLC*

Kenneth I. Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant Robert Moffat*

Valerie A. Szczepanik
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175
szczepanikv@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

_N. C. Bloch_ 11/23/09

Adam S. Hakki
SHEARMAN & STERLING LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
*Attorneys for Defendant Galleon Management, LP*

Norman A. Bloch
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
(212) 908-3942
norman.bloch@thompsonhine.com
*Attorneys for Defendant Rajiv Goel*

Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
rmorvillo@maglaw.com
*Attorneys for Defendant Anil Kumar*

Alan R. Kaufman
KELLEY DRYE & WARREN
101 Park Avenue
New York, NY 10178
(212) 661-0040
akaufman@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*

Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
(212)-735-2465
steven.glaser@skadden.com
*Attorneys for Defendant New Castle Funds, LLC*

Kenneth I. Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant Robert Moffat*

Valerie A. Szczepanik
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175
szczepanikv@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*


Adam S. Hakki
SHEARMAN & STERLING LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
*Attorneys for Defendant Galleon Management, LP*

Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
rmorvillo@maglaw.com
*Attorneys for Defendant Anil Kumar*


Norman A. Bloch
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
(212) 908-3942
norman.bloch@thompsonhine.com
*Attorneys for Defendant Rajiv Goel*


Alan R. Kaufman
KELLEY DRYE & WARREN
101 Park Avenue
New York, NY 10178
(212) 661-0040
akaufman@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*


Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
(212)-735-2465
steven.glaser@skadden.com
*Attorneys for Defendant New Castle Funds, LLC*


Kenneth I. Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant Robert Moffat*

Valerie A. Szczepanik
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175
szczepanikv@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

Adam S. Hakki
SHEARMAN & STERLING LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
*Attorneys for Defendant Galleon Management,*
*LP*

Norman A. Bloch
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
(212) 908-3942
norman.bloch@thompsonhine.com
*Attorneys for Defendant Rajiv Goel*

Alan R. Kaufman
KELLEY DRYE & WARREN
101 Park Avenue
New York, NY 10178
(212) 661-0040
akaufman@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*

Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
rmorvillo@maglaw.com
*Attorneys for Defendant Anil Kumar*

Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
(212)-735-2465
steven.glaser@skadden.com
*Attorneys for Defendant New Castle Funds, LLC*

Kenneth I. Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant Robert Moffat*

Valerie A. Szczepanik
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175
szczepanikv@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*


Adam S. Hakki
SHEARMAN & STERLING LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
*Attorneys for Defendant Galleon Management, LP*

Norman A. Bloch
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
(212) 908-3942
norman.bloch@thompsonhine.com
*Attorneys for Defendant Rajiv Goel*


Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
rmorvillo@maglaw.com
*Attorneys for Defendant Anil Kumar*

Alan R. Kaufman
KELLEY DRYE & WARREN
101 Park Avenue
New York, NY 10178
(212) 661-0040
akaufman@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*


Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
(212)-735-2465
steven.glaser@skadden.com
*Attorneys for Defendant New Castle Funds, LLC*

Kenneth I. Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant Robert Moffat*

Valerie A. Szczepanik
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175
szczepanikv@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*


Adam S. Hakki
SHEARMAN & STERLING LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
*Attorneys for Defendant Galleon Management, LP*

Norman A. Bloch
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY 10017
(212) 908-3942
norman.bloch@thompsonhine.com
*Attorneys for Defendant Rajiv Goel*


Robert G. Morvillo
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
rmorvillo@maglaw.com
*Attorneys for Defendant Anil Kumar*

Alan R. Kaufman
KELLEY DRYE & WARREN
101 Park Avenue
New York, NY 10178
(212) 661-0040
akaufman@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*


Steven R. Glaser
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
(212) 735-2465
steven.glaser@skadden.com
*Attorneys for Defendant New Castle Funds, LLC*

Kenneth I. Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
kenneth.schacter@bingham.com
*Attorneys for Defendant Robert Moffat*

_____

Theodore Altman
DLA PIPER LLP
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
(212) 335-4500
theodore.altman@dlapiper.com
*Attorneys for Defendant Mark Kurland*

SO ORDERED,

HON. JED S. RAKOFF
U.S.D.J.

DATED: November 25, 2009