RAKOFF, S.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION : 09 Civ. 8811 (JSR)

       Plaintiff,

   -against-

GALLEON MANAGEMENT, L.P., et al.

       Defendants.

------------------------------------------------------------- x   ECF Case

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Ali T. Far and Choo-Beng Lee to answer, move with respect to or otherwise respond to the Amended Complaint herein is extended to and including December 9, 2009, provided that this extension of time shall not affect the schedule for discovery in this action.

Dated: November 25, 2009

| SECURITIES AND EXCHANGE COMMISSION | KOBRE & KIM LLP |
|---|---|
| Valerie A. Szczepanik<br>(szczepanikv@sec.gov)<br>New York Regional Office<br>3 World Financial Center, Rm. 400<br>New York, NY 10281-1022<br>Tel: +1 212 336 0175<br><br>*Attorneys for Plaintiff Securities and Exchange Commission* | Steven G. Kobre<br>(steven.kobre@kobrekim.com)<br>Andrew C. Lourie<br>(andrew.lourie@kobrekim.com)<br>Francisco J. Navarro<br>(francisco.navarro@kobrekim.com)<br>800 Third Avenue<br>New York, New York 10022<br>Tel: +1 212 488 1200<br>Fax: +1 212 488 1220<br><br>*Attorneys for Defendant Ali T. Far* |

USDC...
DOC...
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-09

K&L GATES LLP

Jeffrey L. Bornstein
(jeff.bornstein@klgates.com)
Richard M. Phillips
(richard.phillips@klgates.com)
4 Embarcadero Center
Suite 1200
San Francisco, California 94111
Tel: +1 415 882 8200
Fax: + 1 415 882 8220

Laura A. Brevetti
(laura.brevetti@klgates.com)
599 Lexington Avenue
New York, New York 10022
Tel: +1 212 536 9300
Fax: +1 212 536 3901

*Attorneys for Defendant Choo-Beng Lee*

**SO ORDERED**

_____
Hon. Jed S. Rakoff
United States District Judge

Dated: November 22, 2009

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION  :   09 Civ. 8811 (JSR)
                                    :
                    Plaintiff,      :
                                    :
        -against-                   :
                                    :
GALLEON MANAGEMENT, L.P., et al.    :
                                    :
                    Defendants.     :
-----------------------------------------------------------x
                                        ECF Case

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Ali T. Far and Choo-Beng Lee to answer, move with respect to or otherwise respond to the Amended Complaint herein is extended to and including December 9, 2009, provided that this extension of time shall not affect the schedule for discovery in this action.

Dated: November 25, 2009

_____    _____
SECURITIES AND EXCHANGE COMMISSION      KOBRE & KIM LLP

Valerie A. Szczepanik                   Steven G. Kobre
(szczepanikv@sec.gov)                   (steven.kobre@kobrekim.com)
New York Regional Office                Andrew C. Lourie
3 World Financial Center, Rm. 400       (andrew.lourie@kobrekim.com)
New York, NY 10281-1022                 Francisco J. Navarro
Tel: +1 212 336 0175                    (francisco.navarro@kobrekim.com)
                                        800 Third Avenue
*Attorneys for Plaintiff Securities and Exchange*    New York, New York 10022
*Commission*                            Tel: +1 212 488 1200
                                        Fax: +1 212 488 1220

                                        *Attorneys for Defendant Ali T. Far*

*Laura Brevetti / PJN by consent*
K&L GATES LLP

Jeffrey L. Bornstein
(jeff.bornstein@klgates.com)
Richard M. Phillips
(richard.phillips@klgates.com)
4 Embarcadero Center
Suite 1200
San Francisco, California 94111
Tel: +1 415 882 8200
Fax: + 1 415 882 8220

Laura A. Brevetti
(laura.brevetti@klgates.com)
599 Lexington Avenue
New York, New York 10022
Tel: +1 212 536 3900
Fax: +1 212 536 3901

*Attorneys for Defendant Choo-Beng Lee*

SO ORDERED

Hon. Jed S. Rakoff
United States District Judge

Dated: November 27, 2009

2