UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION :
                                    :
              Plaintiff,            :
                                    :
       v.                           :   09 Civ. 8811 (JSR)
                                    :   ECF Case
GALLEON MANAGEMENT, LP,             :
RAJ RAJARATNAM,                     :   **Electronically Filed**
RAJIV GOEL,                         :
ANIL KUMAR,                         :
DANIELLE CHIESI,                    :
MARK KURLAND,                       :
ROBERT MOFFAT,                      :
NEW CASTLE FUNDS LLC,               :
ROOMY KAHN,                         :
DEEP SHAH,                          :
ALI. T. FAR,                        :
CHOO-BENG LEE,                      :
FAR & LEE LLC,                      :
SPHERIX CAPITAL LLC,                :
ALI HARIRI,                         :
ZVI GOFFER,                         :
DAVID PLATE,                        :
GAUTHAM SHANKAR,                    :
SCHOTTENFELD GROUP LLC,             :
STEVEN FORTUNA,                     :
and                                 :
S2 CAPITAL MANAGEMENT, LP,          :
                                    :
              Defendants.           :
------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned as counsel on behalf of New Castle Funds LLC in the above-captioned action. He is admitted to practice in this Court.

Dated: New York, New York
       December 3, 2009

/s/ Michael P. Holland
Michael P. Holland
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Michael.Holland@skadden.com

Attorney for Defendant New Castle Funds LLC