UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SECURITIES and EXCHANGE COMMISSION | : | 09 Civ. 8811 (JSR) ECF Case |
| Plaintiff, | : | Electronically Filed |
| - against - | : | **CERTIFICATE OF SERVICE** |
| GALLEON MANAGEMENT, L.P., RAJ RAJARATNAM, RAJIV GOEL, ANIL KUMAR, DANIELLE CHIESI, MARK KURLAND, ROBERT MOFFAT, NEW CASTLE FUNDS LLC, ROOMY KAHN, DEEP SHAH, ALI. T. FAR, CHOO-BENG LEE, FAR & LEE LLC, SPERIX CAPITAL LLC, ALI HARIRI, ZVI GOFFER, DAVID PLATE, GAUTHAM SHANKAR, SCHOTTENFELD GROUP LLC, STEVEN FORTUNA, and S2 CAPITAL MANAGEMENT, LP | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on December 3, 2009 I caused a true copy of the *Notice of Appearance* to be served upon the following party as indicated.

<u>By First-Class Mail</u>

John M. Dowd
Terence J. Lynam
William E. White
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Dated:  New York, New York
December 3, 2009

                                                                                         /s/ Michael P. Holland
                                                                                            Michael P. Holland