Laura A. Brevetti (LB 8935)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: laura.brevetti@klgates.com
*Attorneys for Defendant Choo-Beng Lee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
: 
               Plaintiff, :
: 09 Civ. No. 8811 (JSR)
    -against- :
: ECF CASE
GALLEON MANAGEMENT, LP, ET AL., :
:
             Defendants. : **MOTION TO ADMIT COUNSEL**
: *PRO HAC VICE*
:
------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York, I, Laura A. Brevetti, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

    Applicant:        Jeffrey L. Bornstein
    Firm Name:      K&L Gates LLP
    Firm Address:    4 Embarcadero Center, Suite 1200
                        San Francisco, CA 94111
    Phone Number:  (415) 882-8200
    Facsimile:       (415) 882-8220
    Email:           jeff.bornstein@klgates.com

Jeffrey L. Bornstein is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Bornstein in any State or Federal court.

Dated: December 2, 2009

Respectfully submitted:

By: /s/ Laura A. Brevetti
LAURA A. BREVETTI
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-4008
Facsimile: (212) 536-3901
laura.brevetti@klgates.com
*Attorneys for Defendant Choo-Beng Lee*

Laura A. Brevetti (LB 8935)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: laura.brevetti@klgates.com
*Attorneys for Defendant Choo-Beng Lee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

   -against-

GALLEON MANAGEMENT, LP, ET AL.,

                    Defendants.
-----------------------------------------------------------X

09 Civ. No. 8811 (JSR)

ECF CASE

**AFFIDAVIT OF LAURA A. BREVETTI IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York  )
                     ) ss:
County of New York )

LAURA A. BREVETTI, being duly sworn, hereby deposes and says as follows:

1. I am a partner at K&L Gates LLP, counsel for Defendant Choo-Beng Lee, in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Choo-Beng Lee's motion to admit Jeffrey L. Bornstein as counsel *pro hac vice* to represent Mr. Lee in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1977, State Bar No. 1301886. I am also admitted to the bar of the

United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Jeffrey L. Bornstein since joining the firm in January, 2009.

4. Mr. Bornstein is a partner at K&L Gates LLP in San Francisco, California.

5. I have found Mr. Bornstein to be a skilled attorney and a person of integrity. He is experienced in Federal criminal practice and is familiar with the Federal Rules of Criminal Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey L. Bornstein, *pro hac vice*.

7. In support of this motion, I submit the Certificate of Good Standing for Jeffrey L. Bornstein from the State of California, which is attached hereto as Exhibit A.

8. I respectfully submit a proposed order granting the admission of Jeffrey L. Bornstein, *pro hac vice*, which is attached hereto as Exhibit B.

WHERFORE, it is respectfully requested that the motion to admit Jeffrey L. Bornstein, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

_____
Laura A. Brevetti

Subscribed and sworn to before me
this 2nd day of December, 2009

_____
Notary Public

DEBORAH JEAN CERIA MEYERS
Notary Public, State of New York
No. 31-4831744
Qualified in New York County
Commission Expires September 30, 20__/13

2

| | | |
|---|---|---|
| **THE STATE BAR OF CALIFORNIA** | | **MEMBER SERVICES CENTER** |
| 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639 | | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

November 25, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY LOUIS BORNSTEIN, #99358 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Sima La Fontaine
Custodian of Membership Records

Laura A. Brevetti (LB 8935)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: laura.brevetti@klgates.com
*Attorneys for Defendant Choo-Beng Lee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

   -against-

GALLEON MANAGEMENT, LP, ET AL.,

                Defendants.

---------------------------------------------------------------X

09 Civ. No. 8811 (JSR)

ECF CASE

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

UPON THE MOTION of Laura A. Brevetti, attorney for Defendant Choo-Beng Lee, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant: | Jeffrey L. Bornstein |
| Firm Name: | K&L Gates LLP |
| Firm Address: | 4 Embarcadero Center, Suite 1200 San Francisco, CA 94111 |
| Phone Number: | (415) 882-8200 |
| Facsimile: | (415) 882-8220 |
| Email: | jeff.bornstein@klgates.com |

Is admitted to practice *pro hac vice* as counsel for Defendant Choo-Beng Lee in the above-captioned case in the United States District court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:    December___, 2009
            New York, New York

                                                  The Honorable Jed S. Rakoff
                                                  United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,    Index No. 09 Civ. No. 8811 (JSR)

 -against-

GALLEON MANAGEMENT, LP, ET AL.,   **AFFIDAVIT OF SERVICE**

         Defendants.

-----------------------------------------------------------------X

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  **PHILIP M. SELIGER**, being duly sworn, deposes and says:

  1. I am not a party to this action and I am over 18 years of age. On the 2nd day of December, 2009, I caused a true and correct copy of the Motion to Admit Counsel Pro Hac Vice (Jeffery L. Bornstein) to be served by electronic mail on all parties on the attached Service List, with the exception of those parties who as noted were served via First Class Mail.

                     _____
                      Philip M. Seliger

Sworn to before me this
2nd day of December, 2009

_____
Notary Public

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20__/0

NY-716584 v1

## Service List

| Party | Counsel |
|---|---|
| Securities and Exchange Commission | **David Rosenfeld**\*\*<br>Securities and Exchange Commission<br>Northeast Regional Office<br>3 World Financial Center<br>Suite 400<br>New York, NY 10281<br>Phone: 212-336-0153<br><br>*Attorneys for Plaintiff Securities and Exchange Commission*<br><br>**Israel E. Friedman**<br>U.S. Securities and Exchange Commission<br>3 World Financial Center<br>New York, NY 10281<br>Phone: 212-336-0090<br>Fax: 212-336-1319<br>Email: friedmani@sec.gov<br><br>*Attorneys for Plaintiff Securities and Exchange Commission*<br><br>**Sanjay Wadhwa**<br>U.S. Securities and Exchange Commission<br>3 World Financial Center<br>New York, NY 10281<br>Phone: 212-336-0181<br>Fax: 212-336-1948<br>Email: wadhwas@sec.gov<br><br>*Attorneys for Plaintiff Securities and Exchange Commission*<br><br>**Valerie Ann Szczepanik**<br>U.S. Securities and Exchange Commission<br>3 World Financial Center<br>New York, NY 10281<br>Phone: 212-336-0175<br>Email: Szczepanik@sec.gov<br><br>*Attorneys for Plaintiff Securities and Exchange Commission* |

**\*\* Service via First Class Mail**

|  |  |
|---|---|
|  | **Jason Evan Friedman**<br>U.S. Securities and Exchange Commission<br>3 World Financial Center<br>New York, NY 10281<br>Phone: 212-336-1100 x0554<br>Fax: 212.336.1317<br>Email: friedmanj@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Galleon Management, LP | **Adam Selim Hakki**<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: 212-848-4924<br>Fax: 646-848-4924<br>Email: ahakki@shearman.com<br>*Attorneys for Defendant Galleon Management, LP* |
|  | **Stephen Robert Fishbein**<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: 212-848-4424<br>Fax: 212-848-7179<br>Email: sfishbein@shearman.com<br>*Attorneys for Defendant Galleon Management, LP* |
|  | **John A. Nathanson**<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: 212-848-8611<br>Fax: 646-848-8611<br>Email: john.nathanson@shearman.com<br>*Attorneys for Defendant Galleon Management, LP* |
| Raj Rajaratnam | **Terence J. Lynam\*\***<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Avenue NW<br>Washington, DC 20036<br>Phone: 202-877-4000<br>Fax: 202-877-4288<br>*Attorneys for Defendant Raj Rajaratnam* |

|  | **John M. Dowd**\*\* |
|---|---|
|  | Akin Gump Strauss Hauer & Feld, LLP |
|  | 1333 New Hampshire Avenue NW, |
|  | Washington, DC 20036 |
|  | Phone: 202-877-4386 |

*Attorneys for Defendant Raj Rajaratnam*

**Robert Henry Hotz, Jr.**
Akin Gump Strauss Hauer & Feld, LLP
(1 Battery Pk.)
One Bryant Park
New York, NY 10036
Phone: 212-872-1028
Fax: 212-872-1002
Email: rhotz@akingump.com

*Attorneys for Defendant Raj Rajaratnam*

**Samidh Jalem Guha**
Akin Gump Strauss Hauer & Feld, LLP (NYC)
One Bryant Park
New York, NY 10036
Phone: 212-872-1015
Fax: 212-872-1002
Email: sguha@akingump.com

*Attorneys for Defendant Raj Rajaratnam*

**William E. White**\*\*
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue NW
Washington, DC 20036
Phone: 202-877-4000
Fax: 202-877-4288

*Attorneys for Defendant Raj Rajaratnam*

Rajiv Goel

**Norman Arthur Bloch**
Thompson Hine LLP (NYC)
335 Madison Avenue
12th Floor
New York, NY 10017
Phone: 212-908-3942
Fax: 212-809-6890
Email: norman.bloch@thompsonhine.com

*Attorneys for Defendant Rajiv Goel*

|  | **Sunny Hyo Seon Kim** |
|---|---|
|  | Thompson Hine LLP (NYC) |
|  | 335 Madison Avenue |
|  | New York, NY 10017 |
|  | Phone: 212-908-3903 |
|  | Fax: 212-344-6101 |
|  | Email: sunny.kim@thompsonhine.com |

*Attorneys for Defendant Rajiv Goel*

Anil Kumar **Gregory Robert Morvillo**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
Phone: 212-880-9435
Fax: 212-856-9494
Email: gmorvillo@maglaw.com

*Attorneys for Defendant Anil Kumar*

**Robert Guy Morvillo**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
Phone: 212-856-9600
Fax: 212-856-9494
Email: rmorvillo@magislaw.com

*Attorneys for Defendant Anil Kumar*

**Isabelle A. Kirshner**
Clayman & Rosenberg
305 Madison Avenue, Suite 1301
New York, NY 10165
Phone: 212-922-1080
Fax: 212-949-8255
Email: ikirshner@aol.com

*Attorneys for Defendant Anil Kumar*

**Alan Robert Kaufman**
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
Phone: 212-661-0040
Fax: 212-370-9885
Email: akaufman@kelleydrye.com

*Attorneys for Defendant Danielle Chiesi*

| | **David I. Zalman** |
| --- | --- |
| | Kelley Drye & Warren |
| | 101 Park Avenue |
| | New York, NY 10178 |
| | Phone: 212-808-7985 |
| | Fax: 212-807-7897 |
| | Email: dzalman@kelleydrye.com |
| | *Attorneys for Defendant Danielle Chiesi* |
| Danielle Chiesi | **Thomas Benjamin Kinzler** |
| | Kelley Drye & Warren |
| | 101 Park Avenue |
| | New York, NY 10178 |
| | Phone: 212-808-7775 |
| | Fax: 212-807-7897 |
| | Email: tkinzler@kelleydrye.com |
| | *Attorneys for Defendant Danielle Chiesi* |
| | **Patrick J. Smith** |
| | DLA Piper US LLP (NY) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Phone: 212-335-4685 |
| | Fax: 212-778-8685 |
| | Email: Patrick.Smith@dlapiper.com |
| | *Attorneys for Defendant Mark Kurland* |
| | **Caryn Gail Schechtman** |
| | DLA Piper US LLP (NY) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Phone: 212-896-2983 |
| | Fax: 212-835-6001 |
| | Email: caryn.schechtman@dlapiper.com |
| | *Attorneys for Defendant Mark Kurland* |
| Mark Kurland | **Jeffrey David Rotenberg** |
| | DLA Piper US LLP (NY) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Phone: 212-335-4556 |
| | Fax: 917-778-8556 |
| | Email: Jeffrey.rotenberg@dlapiper.com |
| | *Attorneys for Defendant Mark Kurland* |

|                | **Theodore Altman**<br>DLA Piper US LLP (NY)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: 212-335-4560<br>Fax: 212-884-8560<br>Email: Theodore.altman@dlapiper.com<br><br>*Attorneys for Defendant Mark Kurland* |
|---|---|
|                | **Eugenie Marie Cesar-Fabian**<br>Bingham McCutchen LLP (NYC)<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-837-6235<br>Fax: 212-299-6235<br>Email: eugenie.cesar-fabian@bingham.com<br><br>*Attorneys for Defendant Robert Moffat* |
|                | **Kenneth Ian Schacter**<br>Bingham McCutchen LLP (NYC)<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-705-7487<br>Fax: 212-752-5378<br>Email: kenneth.schacter@bingham.com |
|                | **David Marcus**<br>Bingham McCutchen LLP (NYC)<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-705-7158<br>Fax: 212-702-3679<br>david.marcus@bingham.com<br><br>*Attorneys for Defendant Robert Moffat* |
| Robert Moffat  | **Gerald J. Russello**<br>Bingham McCutchen LLP (NYC)<br>399 Park Avenue<br>New York, NY 10022<br>Phone: 212-705-7849<br>Fax: 212-752-5378<br>Email: gerald.russello@bingham.com<br><br>*Attorneys for Defendant Robert Moffat* |

|  |  |
|---|---|
|  | **Steven Ronald Glaser**<br>Skadden, Arps, Slate, Meagher & Flom LLP (NYC)<br>Four Times Square 42nd Floor<br>New York, NY 10036<br>Phone: 212-735-2465<br>Fax: 917-777-2465<br>Email: steven.glaser@skadden.com<br>*Attorneys for Defendant New Castle Funds LLC* |
|  | **Andrew C. Lourie**<br>Kobre & Kim, LLP<br>1919 M Street N.W., Suite 410<br>Washington, DC 20036<br>Phone: 202-664-1900<br>Fax: 202-664-1927<br>Email: andrew.lourie@kobrekim.com<br>*Attorneys for Defendant Ali T. Far* |
| New Castle Funds LLC | **Francisco J. Navarro**<br>Kobre & Kim, LLP<br>800 Third Avenue<br>New York, NY 10022<br>Phone: 212-488-1200<br>Fax: 212-488-1220<br>Email: francisco.navarro@kobrekim.com<br>*Attorneys for Defendant Ali T. Far* |
| Ali T. Far | **Steven Gary Kobre**<br>Kobre & Kim, LLP<br>800 Third Avenue<br>New York, NY 10022<br>Phone: 212-488-1200<br>Fax: 212-488-1220<br>Email: steven.kobre@kobrekim.com<br>*Attorneys for Defendant Ali T. Far* |
|  | **Harlan J. Protass**<br>Law Offices of Sean F. O'Shea<br>90 Park Avenue, 20th Floor<br>New York, NY 10016<br>Phone: 212-682-4426<br>Fax: 212-682-4437<br>Email: hprotass@protasslaw.com<br>*Attorneys for Defendant Ali Hariri* |

|  |  |
|---|---|
| Ali Hariri | **Cynthia Margaret Monaco**<br>Buchanan Ingersoll & Rooney PC<br>One Chase Manhattan Plaza, 35th Floor<br>New York, NY 10005<br>Phone: 212-440-4400 x4470<br>Fax: 212-440-4401<br>Email: cynthia.monaco@andersonkill.com<br><br>*Attorneys for Defendant Zvi Goffer*<br><br>**Rolan Gustaf Riopelle**<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street, 24th Floor<br>New York, NY 10019<br>Phone: 212-586-4900<br>Fax: 212-586-1234<br>Email: rriopelle@juno.com<br><br>**Diane Ferrone**<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street, 24th Floor<br>New York, NY 10019<br>Phone: 212-586-4900<br>Fax: 212-586-1234<br>Email: dferrone@sercarzandriopelle.com<br><br>*Attorneys for Defendant David Plate* |
| Zvi Goffer | **Kenneth M. Breen**<br>Paul Hastings Janofsky & Walker LLP<br>7 East 55th Street<br>New York, NY 10022<br>Phone: 212-318-6000<br>Fax: 212-319-4090<br><br>Email: kennethbreen@paulhastings.com<br><br>**Hissan Ahsan Bajwa**<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY 10022<br>Phone: 212-318-6000<br>Fax: 212-230-7684<br>Email: hissanbajwa@paulhastings.com<br>hissan@gmail.com<br><br>*Attorneys for Defendant Schottenfeld Group LLC* |
| David Plate |  |