AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**SECURITIES & EXCHANGE COMMISSION**

                  **Plaintiff,**

    **-against-**

**GAUTHAM SHANKAR, et al**

                 **Defendants**

**APPEARANCE**

Case Number: 09 Civ. 8811 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gautham Shankar

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/3/2009 | *(signature)* |
| Date | Signature |
| | Frederick L. Sosinsky     FLS8717 |
| | Print Name     Bar Number |
| | 45 Broadway |
| | Address |
| | New York     NY     10006 |
| | City     State     Zip Code |
| | (212) 285-2270     (212) 509-8403 |
| | Phone Number     Fax Number |