UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED : _____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) ) | No. 09-cv-8811 (JSR) |
| GALLEON MANAGEMENT, LP, ) RAJ RAJARATNAM, ) RAJIV GOEL, ) ANIL KUMAR, ) DANIELLE CHIESI, ) MARK KURLAND, ) ROBERT MOFFAT, and ) NEW CASTLE FUNDS LLC, ) ) | **PROPOSED ORDER** |
| Defendants. ) | |

**UPON THE MOTION** of Robert H. Hotz, Jr., attorney for Defendant Raj Rajaratnam, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

 Applicant Name: Terence J. Lynam
 Firm Name: Akin, Gump, Strauss, Hauer & Feld LLP
 Firm Address: 1333 New Hampshire Avenue NW
  Washington, DC 20036
 Phone Number: (202) 877-4000
 Fax Number: (202) 877-4288
 E-mail Address: tlynam@akingump.com

is admitted to practice *pro hac vice* as counsel for Defendant Raj Rajaratnam in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November ___, 2009
New York, New York

_____
The Honorable Jed S. Rakoff
United States District Judge
12-3-09