RAKOFF, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED : 12-7-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

    -against-

GALLEON MANAGEMENT, LP,
ET AL...

         Defendants.

------------------------------------------------------X

09-CV-8811 (JSR)

ECF Case

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant David Plate to answer, move with respect to or otherwise respond to the Amended Complaint herein is extended to and including December 16, 2009, provided that this extension of time shall not affect the schedule for discovery in this action.

Dated: December 1, 2009

SECURITIES AND EXCHANGE
COMMISSION

Valerie A. Szczepanik
(szczepanikv@sec.gov)
New York Regional Office
3 World Financial Center, Rm. 400
New York, NY 10281-1022
(212) 336-0175

Attorneys for Plaintiff Securities and
EXCHANGE COMMISSION

SERCARZ & RIOPELLE, LLP

Diane Ferrone
(dferrone@sercarzandriopelle.com)
Sercarz & Riopelle, LLP
152 W. 57th Street
New York, NY 10019
(212) 586-4900

Attorneys for Defendant David Plate

SO ORDERED

_____
Hon. Jed S. Rakoff
United States District Judge

Dated: December 3, 2009