Laura A. Brevetti (LB 8935)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-536-3900
Facsimile: 212-536-3901
Email: laura.brevetti@klgates.com
*Attorneys for Defendant Choo-Beng Lee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

 -against-

GALLEON MANAGEMENT, LP, ET AL.,

       Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-8-09

09 Civ. No. 8811 (JSR)

ECF CASE

[PROPOSED] ORDER
**GRANTING MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

UPON THE MOTION of Laura A. Brevetti, attorney for Defendant Choo-Beng Lee, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant: | Jeffrey L. Bornstein |
| Firm Name: | K&L Gates LLP |
| Firm Address: | 4 Embarcadero Center, Suite 1200 San Francisco, CA 94111 |
| Phone Number: | (415) 882-8200 |
| Facsimile: | (415) 882-8220 |
| Email: | jeff.bornstein@klgates.com |

Is admitted to practice *pro hac vice* as counsel for Defendant Choo-Beng Lee in the above-captioned case in the United States District court for the Southern District of New York. All

NY-715677 v1

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: December 7, 2009
        New York, New York

_____
The Honorable Jed S. Rakoff
United States District Court Judge