UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

GALLEON MANAGEMENT, LP, et al.,

Defendants.

Civ. No.
09-CIV-8811 (JSR)

## CERTIFICATE OF SERVICE

I, THOMAS PIRRAGLIA, hereby certify that I am not a party to these actions, am over eighteen years old, and am employed by Morvillo, Abramowitz, Grand, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, New York 10017. On the 9th day of December, 2009, I caused true and correct copies of the attached Answer to the Amended Complaint, dated December 9, 2009, to be served in the above captioned proceeding by First-Class Mail via the United States Postal Services upon:

**John M. Dowd**
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, DC 20036

**David Rosenfeld**
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
Suite 400
New York, NY 10281

_____
Thomas Pirraglia