# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2009, I caused true and correct copies of defendant Rajiv Goel's Answer to the Amended Complaint to be served electronically by ECF and by U.S. Mail upon:

David Rosenfeld, Esq.
Israel E. Friedman, Esq.
Sanjay Wadhwa, Esq.
Valerie A. Szczepanik, Esq.
Jason E. Friedman, Esq.
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281

*Attorneys for Plaintiff*

Robert H. Hotz, Esq.
Samidh J. Guha, Esq.
Akin, Gump, Strauss, Hauer & Feld
One Bryant Park
New York, New York 10034

John M. Dowd, Esq.
Terence J. Lynam, Esq.
William E. White, Esq.
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Avenue NW
Washington, D.C. 20036

*Attorneys for Defendant Raj Rajaratnam*

Alan R. Kaufman, Esq.
Thomas B. Kinzler, Esq.
David I. Zalman, Esq.
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178

*Attorneys for Defendant Danielle Chiesi*

Stephen R. Fishbein, Esq.
Adam S. Hakki, Esq.
John A. Nathanson, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022

*Attorneys for Defendant Galleon Management, LP*

Andrew C. Lourie, Esq.
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036

Steven G. Kobre, Esq.
Francisco J. Navarro, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

*Attorneys for Defendant Ali T. Far*

Kenneth I. Schacter, Esq.
Gerald J. Russello, Esq.
Eugenie M. Cesar-Fabian, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022

*Attorneys for Defendant Robert Moffat*

Steven R. Glaser, Esq.
Michael P. Holland, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
42nd Floor
New York, New York 10036

*Attorneys for New Castle Funds LLC*

Theodore Altman, Esq.
Caryn G. Schechtman, Esq.
Jeffrey D. Rotenberg, Esq.
Patrick J. Smith, Esq.
DLA Piper LLP
1251 Avenue of the Americas
27th Floor
New York, New York 10020

*Attorneys for Defendant Mark Kurland*

Frederick L. Sosinsky, Esq.
Law Offices of Frederick Sosinsky
45 Broadway, 30th Floor
New York, New York 10006

*Attorneys for Defendant Gautham Shankar*

Harlan J. Protass, Esq.
Law Offices of Sean F. O'Shea
90 Park Avenue, 20th Floor
New York, New York 10016

*Attorneys for Defendant Ali Hariri*

Kenneth M. Breen, Esq.
Hissan A. Bajwa, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street, First Floor
New York, New York 10022

*Attorneys for Defendant Schottenfeld Group, LLC*

Roland G. Riopelle, Esq.
Diane Ferrone, Esq.
Sercarz & Riopelle, LLP
152 West 57th Street, 24th Floor
New York, New York 10019

*Attorneys for Defendant David Plate*

Cynthia M. Monaco, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant Zvi Goffer*

Robert G. Morvillo, Esq.
Gregory Morvillo, Esq.
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

*Attorneys for Defendant Anil Kumar*

Laura A. Brevetti, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022

Jeffrey L. Bornstein, Esq.
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

*Attorneys for Defendant Choo-Beng Lee*

Dated: New York, New York
      December 9, 2009

                                                Sunny H. Kim