Kenneth M. Breen
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendant Schottenfeld Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>     - against -<br><br>GALLEON MANAGEMENT, LP, et al.,<br><br>         Defendants. | No. 09-Civ-8811 (JSR)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

  Defendant Schottenfeld Group LLC, by its attorneys, Paul, Hastings, Janofsky and Walker LLP, certifies that Schottenfeld Group LLC has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: December 9, 2009

By:   /s/
   Kenneth M. Breen

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendant Schottenfeld Group LLC*