

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

GALLEON MANAGEMENT, LP,
RAJ RAJARATNAM,
RAJIV GOEL,
ANIL KUMAR,
DANIELLE CHIESI,
MARK KURLAND,
ROBERT MOFFAT,
NEW CASTLE FUNDS LLC,
ROOMY KHAN,
DEEP SHAH,
ALI T. FAR,
CHOO-BENG LEE,
FAR & LEE LLC,
SPHERIX CAPITAL LLC,
ALI HARIRI,
ZVI GOFFER,
DAVID PLATE,
GAUTHAM SHANKAR,
SCHOTTENFELD GROUP LLC,
STEVEN FORTUNA,
   and
S2 CAPITAL MANAGEMENT, LP,

          Defendants.
------------------------------------------------------------x

Case No. 09 Civ. 8811 (JSR)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-09

          IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Ali Hariri to answer, move with respect to or otherwise respond to the Amended Complaint herein is extended to and including December 16, 2009, provided that this extension of time shall not affect the schedule for discovery in this action.

MICROFILMED
DEC - 8 2009

Dated: New York, New York
December 3, 2009

SECURITIES AND EXCHANGE COMMISSION

By: _____
Valerie A. Szczepanik
New York Regional Office
3 World Financial Center, Room 400
New York, NY 10281-1022
212-336-0175
szczepanikv@sec.gov

*Counsel for Plaintiff*
*Securities and Exchange Commission*


LAW OFFICES OF HARLAN J. PROTASS, PLLC

By: _____
Harlan J. Protass
305 Madison Avenue – Suite 1301
New York, NY 10165
212-922-1080
hprotass@protasslaw.com

*Counsel for Defendant Ali Hariri*


SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
12-3-09