UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | 09 Civ. 8811 (JSR) |
| | : | |
| -against- | : | |
| | : | |
| GALLEON MANAGEMENT, LP, et al., | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF PLAINTIFF'S MOTION FOR THE ADMISSION OF SILVESTRE A. FONTES AS ATTORNEY IN THIS ACTION PRO HAC VICE

Please take notice that pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c), Plaintiff Securities and Exchange Commission ("Commission"), through its undersigned counsel, hereby moves for the admission of Silvestre A. Fontes, *pro hac vice*, to act as counsel for the Commission in this action. This motion is supported by the declarations of Valerie A. Szczepanik, Esq., and Silvestre A. Fontes, Esq., which are attached hereto.

For the reasons set forth in the accompanying declarations, the Commission respectfully requests that the Court enter an Order authorizing Silvestre A. Fontes to represent the Commission in this action. A proposed order is attached hereto.

Respectfully submitted,

Valerie A. Szczepanik
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
3 World Financial Center – RM 400
New York, New York 10281-1022
Ph: 212-336-0175
Fx: 212-336-1317
szczepanikv@sec.gov

December 14, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                              Plaintiff,

-against-

GALLEON MANAGEMENT, LP, et al.,
                              Defendants.

09 Civ. 8811 (JSR)

## DECLARATION OF VALERIE A. SZCZEPANIK IN SUPPORT OF PLAINTIFF'S MOTION FOR THE ADMISSION OF SILVESTRE A. FONTES AS ATTORNEY IN THIS ACTION PRO HAC VICE

I, Valerie A. Szczepanik, hereby declare as follows:

1. I am a member of the bar of the State of New York and of the U.S. District Court for the Southern District of New York. I am employed by the Plaintiff, Securities and Exchange Commission ("Commission"), at the Commission's New York Regional Office and am counsel for the Commission in this matter. I submit this declaration in support of the Commission's motion for the entry of an Order authorizing Silvestre A. Fontes, an attorney employed by the Commission, to represent the Commission as attorney at law in this action pursuant to Fed.R.Civ.P. 7 and Local Civil Rule 1.3(c).

2. I have read the Declaration of Silvestre A. Fontes in Support of Plaintiff's motion for admission as an attorney *pro hac vice* in this Action. For the reasons set forth in that Declaration, I respectfully request that this Court grant the Commission's motion

to have Silvestre A. Fontes admitted *pro hac vice* in this action.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on December 14, 2009
at New York, New York.

_____
Valerie A. Szczepanik

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>       Plaintiff,<br><br>-against-<br><br>GALLEON MANAGEMENT, LP, et al.,<br>       Defendants. | 09 Civ. 8811 (JSR) |

## DECLARATION OF SILVESTRE A. FONTES IN SUPPORT OF MOTION FOR THE ADMISSION OF SILVESTRE A. FONTES AS ATTORNEY IN THIS ACTION PRO HAC VICE

I, Silvestre A. Fontes, do hereby declare the following:

1. I am senior trial counsel in the Boston Regional Office of the Securities and Exchange Commission and submit this declaration in support of Plaintiff's Motion for the Admission of Silvestre A. Fontes as Attorney in this Action, Pro Hac Vice.

2. I am a member in good standing of the bar of Massachusetts.

3. I have been a member of the bar of Massachusetts since 1995, and submit herewith a Certificate of Good Standing from the Massachusetts Supreme Judicial Court issued within the last thirty days.

4. I am not a member of the bar of the Southern District of New York.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on December 14, 2009
at Boston, Massachusetts.

                _____
                Silvestre A. Fontes

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **September** A.D. **1995**, said Court being the highest Court of Record in said Commonwealth:

## Silvestre A. Fontes

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **December** in the year of our Lord **two thousand and nine.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

Plaintiff,

- against -

Galleon Management, LP, et al.

Defendant.

9 cv 8811 (JSR)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Valerie A. Szczepanik attorney for Securities and Exchange Commission, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Silvestre A. Fontes |
| Firm Name: | Securities and Exchange Commission |
| Address: | 33 Arch Street |
| City/State/Zip: | Boston, MA 02110 |
| Telephone/Fax: | (617) 573-8991 |
| Email Address: | fontess@sec.gov |

is admitted to practice pro hac vice as counsel for Securities and Exchange Commission, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge