Rakoff/0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

    -against-

GALLEON MANAGEMENT, LP,
RAJ RAJARATNAM,
RAJIV GOEL,
ANIL KUMAR,
DANIELLE CHIESI,
MARK KURLAND,
ROBERT MOFFAT,
NEW CASTLE FUNDS LLC,
ROOMY KHAN,
DEEP SHAH,
ALI T. FAR,
CHOO-BENG LEE,
FAR & LEE LLC,
SPHERIX CAPITAL LLC,
ALI HARIRI,
ZVI GOFFER,
DAVID PLATE,
GAUTHAM SHANKAR,
SCHOTTENFELD GROUP LLC,
STEVEN FORTUNA,
 and
S2 CAPITAL MANAGEMENT, LP,

                    Defendants.

09 Civ. 8811 (JSR)

ECF CASE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-16-09

---

## STIPULATION AND ORDER AS TO
## DEFENDANTS FAR & LEE LLC AND SPHERIX CAPITAL LLC

WHEREAS, Defendants Far & Lee LLC and Spherix Capital LLC (collectively, "Defendants") acknowledge having been served with the Amended Complaint ("Complaint") in this action, enter a general appearance, and admit the Court's jurisdiction over Defendants and over the subject matter of this action;

1

WHEREAS, Far & Lee LLC is a defunct entity;

WHEREAS, Spherix Capital LLC is winding down and will soon be a defunct entity;

WHEREAS, Defendants each have agreed to cease doing business;

WHEREAS, Defendants agree to cooperate with the Commission in connection with this action and any related investigation by the Commission staff;

WHEREAS, in light of the foregoing, the Commission agrees to dismiss its claims against Defendants;

WHEREAS, this Court has jurisdiction over the subject matter of this action and venue is proper in the Southern District of New York;

WHEREAS, Defendants hereby waive any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendants to defend against this action. For these purposes, Defendants agree that Defendants are not prevailing parties in this action since the parties have reached this Stipulation in good faith;

WHEREAS, the Court finds that there is good cause for the entry of this Stipulation and Order and that there is no just reason for delay;

THEREFORE, pursuant to this Stipulation and Order, the Court hereby orders that Far & Lee LLC shall hereby cease doing business, and Spherix Capital LLC shall cease doing business after it has completed winding down; and

THEREFORE, pursuant to this Stipulation and Order, the Court hereby dismisses the Commission's claims against Far & Lee LLC and Spherix Capital LLC, with prejudice.

IT IS SO ORDERED, at New York, New York on this 15th day of December, 2009.

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

CONSENTED TO AND APPROVED FOR ENTRY BY:

Securities and Exchange Commission

Dated: December 14, 2009    By: _____

Valerie A. Szczepanik
Senior Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Rm 400
New York, NY 10281
Telephone: (212) 336-1100

Far & Lee LLC

Dated:_____    By: _____
Choo-Beng Lee
Former Managing Member
Far & Lee LLC
1595 Adolfo Dr.
San Jose, CA 95131

On _____, 2009, Choo-Beng Lee, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Far & Lee LLC, as its Former Managing Member.

_____
Notary Public
Commission expires:

                              Far & Lee LLC

Dated:_____       By: _____
                                      Ali T. Far
                                        Former Managing Member
                                        Far & Lee LLC
                                        15230 Fruitvale Ave.
                                        Saratoga, CA 95070

On _____, 2009, Ali T. Far, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Far & Lee LLC, as its Former Managing Member.

                                Spherix Capital LLC

Dated:_____       By: _____
                                        Choo-Beng Lee
                                        President
                                        Spherix Capital LLC
                                        1595 Adolfo Dr.
                                        San Jose, CA 95131

On _____, 2009, Choo-Beng Lee, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Spherix Capital LLC, as its President.

                                _____
                                Notary Public
                                Commission expires:

                                Spherix Capital LLC

Dated:_____       By: _____
                                        Ali T. Far
                                        Managing Member
                                        Spherix Capital LLC
                                        15230 Fruitvale Ave.
                                        Saratoga, CA 95070

On _____, 2009, Ali T. Far, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Spherix Capital LLC, as its Managing Member.

Approved as to form:

| | |
|---|---|
| Jeff Bornstein, Esq. | Francisco J. Navarro, Esq. |
| K&L Gates LLP | Kobre & Kim LLP |
| Four Embarcadero Center, Suite 1200 | 800 3rd Ave. |
| San Francisco, CA 94111 | New York, NY |
| Ph: (415) 249-1059 | Ph: (212) 488.1240 |
| Attorney for Choo-Beng Lee | Attorney for Ali T. Far |

THEREFORE, pursuant to this Stipulation and Order, the Court hereby dismisses the Commission's claims against Far & Lee LLC and Spherix Capital LLC, with prejudice.

IT IS SO ORDERED, at New York, New York on this ___ day of _____, 2009.

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

CONSENTED TO AND APPROVED FOR ENTRY BY:

Securities and Exchange Commission

Dated: _____  By: _____

Valerie A. Szczepanik
Senior Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Rm 400
New York, NY 10281
Telephone: (212) 336-1100

Far & Lee LLC

Dated: 12/10/09  By: _____
Choo-Beng Lee
Former Managing Member
Far & Lee LLC
1595 Adolfo Dr.
San Jose, CA 95131

On Dec. 10, 2009, Choo-Beng Lee, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Far & Lee LLC, as its Former Managing Member.

KIMBERLY ANN FLORES
Commission # 1705670
Notary Public - California
San Francisco County
My Comm. Expires Nov 17, 2010

_____
Notary Public
Commission expires: 11/17/2010

3

Far & Lee LLC

Dated:_____  By: _____
                                Ali T. Far
                                Former Managing Member
                                Far & Lee LLC
                                15230 Fruitvale Ave.
                                Saratoga, CA 95070

On _____, 2009, Ali T. Far, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Far & Lee LLC, as its Former Managing Member.

                                Spherix Capital LLC

Dated: 12/10/09              By: _____
                                Choo-Beng Lee
                                President
                                Spherix Capital LLC
                                1595 Adolfo Dr.
                                San Jose, CA 95131

On Dec. 10, 2009, Choo-Beng Lee, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Spherix Capital LLC, as its President.

KIMBERLY ANN FLORES
Commission # 1705670
Notary Public - California
San Francisco County
My Comm. Expires Nov 17, 2010

Notary Public
Commission expires: 11/17/2010

                                Spherix Capital LLC

Dated:_____  By: _____
                                Ali T. Far
                                Managing Member
                                Spherix Capital LLC
                                15230 Fruitvale Ave.
                                Saratoga, CA 95070

On _____, 2009, Ali T. Far, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Spherix Capital LLC, as its Managing Member.

4

Approved as to form:

*[signature]*

Jeff Bornstein, Esq.
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Ph: (415) 249-1059
Attorney for Choo-Beng Lee

Francisco J. Navarro, Esq.
Kobre & Kim LLP
800 3rd Ave.
New York, NY
Ph: (212) 488.1240
Attorney for Ali T. Far

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-5 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____  _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (If any)

State of California

County of __San Francisco__

Subscribed and sworn to (or affirmed) before me on this

__10th__ day of __December__, 20__09__, by
   Date         Month                      Year

(1) __Choo-Beng Lee__,
        Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____,
           Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature __Kimberly Ann Flores__
              Signature of Notary Public

[Notary Seal: KIMBERLY ANN FLORES, Commission # 1705670, Notary Public - California, San Francisco County, My Comm. Expires Nov 17, 2010]

Place Notary Seal Above

---------- OPTIONAL ----------

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: __Stipulation and Order__

Document Date: __December 10, 2009__  Number of Pages: __5__

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827

|  |  |
|---|---|
| Dated: 12/11/2009 | Far & Lee LLC<br>By: _____<br>Ali T. Far<br>Former Managing Member<br>Far & Lee LLC<br>15230 Fruitvale Ave.<br>Saratoga, CA 95070 |

*see attachment*

On December 11th, 2009, Ali T. Far, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Far & Lee LLC, as its Former Managing Member.

Spherix Capital LLC

|  |  |
|---|---|
| Dated: _____ | By: _____<br>Choo-Beng Lee<br>President<br>Spherix Capital LLC<br>1595 Adolfo Dr.<br>San Jose, CA 95131 |

On _____, 2009, Choo-Beng Lee, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Spherix Capital LLC, as its President.

_____
Notary Public
Commission expires:

|  |  |
|---|---|
| Dated: 12/11/2009 | Spherix Capital LLC<br>By: _____<br>Ali T. Far<br>Managing Member<br>Spherix Capital LLC<br>15230 Fruitvale Ave.<br>Saratoga, CA 95070 |

*see attachment*

On December 11th, 2009, Ali T. Far, a person known to me, personally appeared before me and acknowledged executing the foregoing Consent with full authority to do so on behalf of Spherix Capital LLC, as its Managing Member.

4

Approved as to form:

_____  
Jeff Bornstein, Esq.  
K&L Gates LLP  
Four Embarcadero Center, Suite 1200  
San Francisco, CA 94111  
Ph: (415) 249-1059  
Attorney for Choo-Beng Lee

/s/ _____  
Francisco J. Navarro, Esq.  
Kobre & Kim LLP  
800 3rd Ave.  
New York, NY  
Ph: (212) 488.1240  
Attorney for Ali T. Far in his individual capacity

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Santa Clara

On _December 11th, 2009_ before me, _Nichelle Russien_, Notary Public, personally appeared _Ali T. Far_ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_



NICHELLE RUSSIEN
COMM. # 1806499
NOTARY PUBLIC-CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. JULY 14, 2012

---

## ADDITIONAL OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_Stipa Cartio xx Court Order_
(Title or description of attached document)

_Far and Lee LLC_
(Title or description of attached document continued)

Number of Pages _5_   Document Date _xx/xx/xx_

(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - Indicate title or type of attached document, number of pages and date.
  - Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual(s)
- ☐ Corporate Officer

  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☒ Other _Former Managing Member_

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Santa Clara

On _December 11th, 2009_ before me, _Nichelle Russien_, Notary Public, personally appeared _Ali T. Far_ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_


NICHELLE RUSSIEN
COMM. # 1808499
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. July 14, 2012

---

## ADDITIONAL OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM

Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_Stipulation & Court Order_
(Title or description of attached document)

_Sphenix Capital LLC_
(Title or description of attached document continued)

Number of Pages _5_  Document Date _12/11/09_

(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - Indicate title or type of attached document, number of pages and date.
  - Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☒ Other _Managing Member_