UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, )
                                    )   09 Civ. 8811 (JSR)
          Plaintiff,                )
                                    )   ECF CASE
     v.                             )
                                    )   JURY TRIAL DEMANDED
GALLEON MANAGEMENT, L.P., et, al.   )
                                    )
          Defendants.               )
                                    )

## **DEFENDANT ALI T. FAR'S ANSWER TO THE AMENDED COMPLAINT**

Defendant Ali T. Far ("Far"), by and through his undersigned counsel, for his Answer to the Amended Complaint (the "Complaint"), hereby responds to the allegations of the Complaint as follows. This Answer employs the same section headings and titles as the Complaint, but Far does so only for convenience's sake, and does not admit or concede the accuracy or truthfulness of any of the headings or titles in the Complaint.

## **SUMMARY**

1. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

2. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

3. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

4. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

5. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

**DEFENDANTS**

6. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

7. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

8. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

9. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

10. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

11. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

12. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

13. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

14. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

15. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

16. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

17. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

18. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

19. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

20. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

21. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

22. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

23. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

24. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

25. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

26. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

## RELEVANT ENTITIES

27. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

28. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

29. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

30. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

31. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

32. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

33. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

34. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

35. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

36. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

37. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

38. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

39. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

40. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

41. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

42. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

43. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

   a. **Polycom's Q4 2005 Earnings Release – January 25, 2006**

44. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

45. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

46. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

47. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

48. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

49. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

**II. Polycom's Q1 2006 Earnings Release**

50. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

51. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

52. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

53. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

**B.   Insider Trading in Hilton Securities**

54. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

55. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

56. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

57. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

58. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

59. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

60. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

61. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

62. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

63. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

64. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

65. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

C. **Insider Trading in Google Securities**

66. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

67. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

68. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

69. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

70. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

71. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

72. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

73. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

74. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

75. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

76. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

77. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

**D.** **Insider Trading in Kronos Securities**

78. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

79. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

80. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

81. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

82. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

83. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

84. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

85. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

86. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

87. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

88. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

89. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

90. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

E. **Insider Trading in Intel Securities**

91. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### (a) Intel's Q4 2006 Earnings Release – January 16, 2007

92. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

93. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

94. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

95. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

96. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### II. Intel's Q1 2007 Earnings Release – April 17, 2007

97. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

98. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

99. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

100. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

101. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

**III.  Intel's Q3 2007 Earnings Release – October 16, 2007**

102.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

103.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

**F.  <u>Insider Trading in Clearwire Securities</u>**

104.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

105.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

106.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

107.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

108.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

109.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

110.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

111.  On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### G. Insider Trading in PeopleSupport Securities

112. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

113. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

114. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

115. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

116. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### H. Insider Trading in Akamai Securities

117. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

118. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

119. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

120. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

121. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

122. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### I. Insider Trading in SUN Securities

123. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

124. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

125. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

126. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

127. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

128. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

129. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### J. Insider Trading in AMD Securities

130. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

131. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

132. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

133. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

134. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

135. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

136. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

137. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

138. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

139. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

140. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

141. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

142. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

143. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### K. Insider Trading in IBM Securities

144. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

145. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

146. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

147. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

148. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### L. Insider Trading in Atheros Securities

149. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

150. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

151. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

152. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

153. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

## CLAIMS FOR RELIEF

### CLAIM I
### Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder
### (Against All Defendants)

154. Far repeats and realleges each and every response in paragraphs 1 to 153 as if fully set forth herein.

155. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

156. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

157. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

158. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

159. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

160. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

161. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

162. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

163. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

164. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

## CLAIM II
### Violations of Section 17(a) of the Securities Act
**(Against Galleon, Rajaratnam, Goel, Chiesi, Kurland, New Castle, Khan, Far, Lee, Far & Lee, Spherix Capital, Hariri, Shankar, Schottenfeld, Fortuna and S2 Capital)**

165. Far repeats and realleges every response in paragraphs 1 to 164 as if fully set forth herein.

166. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

167. On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to Answer.

### RELIEF SOUGHT

On the advice of counsel Far invokes his rights under the Fifth Amendment and declines to respond to the relief sought.

Respectfully submitted,

KOBRE & KIM LLP

*[signature]*

Steven G. Kobre
(steven.kobre@kobrekim.com)
Andrew C. Lourie
(andrew.lourie@kobrekim.com)
Francisco J. Navarro
(francisco.navarro@kobrekim.com)
800 Third Avenue
New York, NY 10022
(212) 488-1200

Dated: December 17, 2009

*Attorneys for Defendant Ali T. Far*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by causing a copy to be filed via the Court's CM/ECF system this 24th day of November 2009 on:

**Valerie A. Szczepanik**
**David Rosenfeld**
**Israel E. Friedman**
**Sanjay Wadhwa**
**Jason Evan Friedman**
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
(212) 336-0175

*Attorneys for Plaintiff*

**Adam Selim Hakki**
**Stephen Robert Fishbein**
**John A. Nathanson**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
ahakki@shearman.com
sfishbein@shearman.com
john.nathanson@shearman.com

*Attorneys for Galleon Management, LP*

**Norman A. Bloch**
**Sunny Hyo Seon Kim**
Thompson Hine, LLP
335 Madison Avenue
New York, NY 10017
(212)908-3942
norman.bloch@thompsonhine.com

*Attorney for Rajiv Goel*

**Eugene Marie Cesar-Fabian**
**Kenneth Ian Schacter**
**Gerald J. Russello**

**Robert Morvillo**
**Gregory Morvillo**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 880-9400
rmorvillo@maglaw.com
gmorvillo@maglaw.com

*Attorneys for Anil Kumar*

**Alan Robert Kaufman**
**David I. Zalman**
**Thomas B. Kinzler**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(212)661-0040
akaufman@kelleydrye.com
dzalman@kelleydrye.com
tkinzler@kelleydrye.com

*Attorneys for Danielle Chiesi*

**Theodore Altman**
DLA Piper LLP
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212)335-4560
theodore.altman@dlapiper.com

*Attorney for Mark Kurland*

**Laura A. Brevetti**
K&L Gates LLP
599 Lexington Avenue

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212)299-6235
eugenie.cesar-fabian@bingham.com
kenneth.schacter@bingham.com
gerald.russello@bingham.com

*Attorneys for Robert Moffat*

**Steven Ronald Glaser**
Skadden Arps, Slate, Meagher & Flom LLP
Four Times Square, 42nd Floor
New York, NY 10036
(212)735-2465
steven.glaser@skadden.com

*Attorney for New Castle Funds, LLP*

**Robert H. Hotz, Jr.**
**Samidh J. Guha**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212)872-1000

*Attorneys for Raj Rajaratnam*

**Kenneth M. Breen**
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103
(212)318-3340
kbreen@fulbright.com

*Attorneys for Schottenfeld Group, LLC*

New York, NY 10022
(212)536-3901
laura.brevetti@klgates.com

*Attorney for Choo-Beng Lee*

**Harlan J. Protass**
Law Offices of Sean F. O'Shea
90 Park Avenue, 20th Floor
New York, NY 10016
(212)682-4437
hprotass@protasslaw.com

*Attorney for Ali Hariri*

**Richard J. Schaeffer**
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, NY 10017
schaeffer@dssvlaw.com

*Attorney for Steven Fortuna*

**Hissan Ahsan Bajwa**
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022
(212)318-6000
hissanbajwa@paulhastings.com

*Attorneys for Schottenfeld Group, LLC*

Dated: December 17, 2009
New York, New York

_____
Anna Terteryan