UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | 09 Civ. 8811 (JSR) |
| Plaintiff, | ) | |
| | ) | ECF CASE |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| GALLEON MANAGEMENT, L.P., et, al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# DEFENDANT CHOO-BENG LEE'S ANSWER TO THE AMENDED COMPLAINT

Defendant Choo-Beng Lee ("Lee"), by and through his undersigned counsel, for his Answer to the Amended Complaint (the "Complaint"), hereby responds to the allegations of the Complaint as follows. This Answer employs the same section headings and titles as the Complaint, but Lee does so only for convenience's sake, and does not admit the admit or concede the accuracy or truthfulness of any of the headings or titles in the Complaint.

## SUMMARY

1. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

2. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

3. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

4. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

5. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**DEFENDANTS**

6. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

7. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

8. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

9. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

10. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

11. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

12. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

13. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

14. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

15. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

16. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

17. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

18. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

19. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

20. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

21. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

22. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

23. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

24. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

25. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

26. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

## RELEVANT ENTITIES

27. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

28. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

29. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

30. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

31. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

32. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

33. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

34. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

35. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

36. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

37. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

38. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

39. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

40. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

41. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**A. Insider-Trading in Polycom Securities**

42. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

43. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

    **a. Polycom's Q4 2005 Earnings Release – January 25, 2006**

44. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

45. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

46. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

47. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

48. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

49. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**II.     Polycom's Q1 2006 Earnings Release**

50. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

51. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

52. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

53. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**B.     Insider Trading in Hilton Securities**

54. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

55. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

56. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

57. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

58. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

59. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

60. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

61. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

62. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

63. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

64. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

65. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

C. **Insider Trading in Google Securities**

66. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

67. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

68. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

69. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

70. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

71. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

72. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

73. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

74. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

75. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

76. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

77. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**D.** **Insider Trading in Kronos Securities**

78. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

79. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

80. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

81. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

82. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

83. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

84. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

85. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

86. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

87. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

88. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

89. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

90. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

## E. Insider Trading in Intel Securities

91. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

### (a) Intel's Q4 2006 Earnings Release – January 16, 2007

92. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

93. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

94. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

95. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

96. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

### II. Intel's Q1 2007 Earnings Release – April 17, 2007

97. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

98. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

99. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

100. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

101. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

### III. Intel's Q3 2007 Earnings Release – October 16, 2007

102. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

103. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

### F. Insider Trading in Clearwire Securities

104. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

105. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

106. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

107. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

108. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

109. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

110. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

111. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

## G. <u>Insider Trading in PeopleSupport Securities</u>

112. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

113. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

114. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

115. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

116. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

## H. <u>Insider Trading in Akamai Securities</u>

117. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

118. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

119. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

120. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

121. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

122. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**I.** **Insider Trading in SUN Securities**

123. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

124. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

125. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

126. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

127. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

128. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

129. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**J.** **Insider Trading in AMD Securities**

130. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

131. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

132. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

133. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

134. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

135. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

136. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

137. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

138. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

139. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

140. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

141. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

142. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

143. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

### K. Insider Trading in IBM Securities

144. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

145. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

146. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

147. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

148. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

### L. Insider Trading in Atheros Securities

149. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

150. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

151. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

152. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

153. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**CLAIMS FOR RELIEF**

**CLAIM I**
**Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder**
**(Against All Defendants)**

154. Lee repeats and realleges each and every response in paragraphs 1 to 153 as if fully set forth herein.

155. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

156. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

157. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

158. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

159. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

160. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

161. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

162. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

163. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

164. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

**CLAIM II**
**Violations of Section 17(a) of the Securities Act**
**(Against Galleon, Rajaratnam, Goel, Chiesi, Kurland, New Castle, Khan, Lee, Lee, Lee & Lee, Spherix Capital, Hariri, Shankar, Schottenfeld, Fortuna and S2 Capital)**

165. Lee repeats and realleges every response in paragraphs 1 to 164 as if fully set forth herein.

166. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

167. On the advice of counsel Lee invokes his rights under the Fifth Amendment and declines to Answer.

////

////

////

////

////

////

////

////

## **RELIEF SOUGHT**

On the advice of counsel Lee invokes his right under the Fifth Amendment and declines to respond to the relief sought.

Respectfully submitted:

By: _____/s/_____
JEFFREY L. BORNSTEIN
*(admitted pro hac vice*
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

LAURA A. BREVETTI
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-4008
Facsimile: (212) 536-3901
laura.brevetti@klgates.com

Dated: December 18, 2009               *Attorneys for Defendant Choo-Beng Lee*