UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

GALLEON MANAGEMENT, LP,
ET AL.,

        Defendants.

09 Civ. 8811 (JSR)

NOTICE OF APPEARANCE

---

TO:  THE CLERK OF COURT AND ALL PARTIES OF RECORD.

  ENTER my appearance as counsel in this case for Defendant Steven Fortuna. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   December 21, 2009

            DORNBUSH SCHAEFFER
            STRONGIN & VENAGLIA, LLP

By:   _____
    Richard J. Schaeffer (RS-0019)
    747 Third Avenue, 11th Floor
    New York, NY 10017
    New York, NY 10281
    212.759.3300