UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____
                                        :
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                        Plaintiff,      :
                                        :
        -against-                       :
                                        :
GALLEON MANAGEMENT, LP,                 :        09 Civ. 8811 (JSR)
ET AL.,                                 :
                                        :
                                        :        NOTICE OF APPEARANCE
                                        :
                        Defendants.     :
                                        :
_____:
```

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD.

        ENTER my appearance as counsel in this case for Defendant Steven Fortuna.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        December 21, 2009

                                                DORNBUSH SCHAEFFER
                                                STRONGIN & VENAGLIA, LLP

                                        By:     _____
                                                Adler Bernard (AB-0233)
                                                747 Third Avenue, 11th Floor
                                                New York, NY 10017
                                                New York, NY 10281
                                                212.759.3300