UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 09 Civ. 8811 (JSR) |
| -against- | |
| GALLEON MANAGEMENT, LP, ET AL., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I herby certify that on this 21st day of December 2009 defendant Steven Fortuna's Answer to the Amended Complaint was served electronically by ECF upon counsel of record registered to receive notice through ECF, and by U.S. Mail upon:

Valerie A. Szczepanik
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Room 400
New York, NY 10281

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated: December 21, 2009
    New York, New York

_____
Adler Bernard