UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,              09 Civ.8811 (JSR)

        -against-                           ECF Case

GALLEON MANAGEMENT, L.P., et al.            JURY TRIAL DEMANDED

                    Defendants.

--------------------------------X

## DEFENDANT GAUTHAM SHANKAR'S ANSWER TO THE AMENDED COMPLAINT

Defendant Gautham Shankar ("Shankar") by and through his undersigned counsel, for his Answer to the Amended Complaint (the "Complaint"), hereby responds to the allegations of the Complaint as follows:

This Answer employs the same section headings and titles as the Complaint, but Shankar does so only for convenience's sake, and does not admit or concede the accuracy or truthfulness of any of the headings or titles in the Complaint.

### Summary

1. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

2.    On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### Nature of the Proceedings and the Relief Sought

3.    On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### Jurisdiction and Venue

4.    On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

5.    On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### Defendants

6.    On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

7.    On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

8. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

9. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

10. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

11. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

12. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

13. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and

14. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

15. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

16. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

17. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

18. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

19. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

20. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

21. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

22. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

23. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

24. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

25. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

26. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### Relevant Entities

27. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

28. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

29. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

30. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

31. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

32. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

33. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

34. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

35. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

36. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

37. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

38. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

39. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

40. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

41. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

## Facts

### A. Insider Trading in Polycom Securities

42. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

43. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### a. Polycom's Q4 2005 Earnings Release – January 25, 2006

44. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

45. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

46. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

47. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

48. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

49. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### b. Polycom's Q1 2006 Earnings Release – April 19, 2006

50. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

51.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

52.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

53.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**B.**   **Insider Trading in Hilton Securities**

54.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

55.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

56.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

57.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

58. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

59. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

60. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

61. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

62. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

63. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

64. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

65.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**C.  <u>Insider Trading in Google Securities</u>**

66.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

67.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

68.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

69.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

70.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

71.  On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

72. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

73. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

74. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

75. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

76. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

77. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**D.   Insider Trading in Kronos Securities**

78. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

79. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

80. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

81. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

82. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

83. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

84. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

85. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

86. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

87. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

88. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

89. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

90. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### E.   **Insider Trading in Intel Securities**

91. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### a.   **Intel's Q4 2006 Earnings Release – January 16, 2007**

92. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

93. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

94. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

95. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

96. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**b.   Intel's Q1 2007 Earnings Release – April 17, 2007**

97. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

98. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

99. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

100. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

101. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

    **c.**    **Intel's Q3 2007 Earnings Release – October 16, 2007**

102. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

103. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

    **F.**    **<ins>Insider Trading in Clearwire Securities</ins>**

104. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

105. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

106. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

107. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

108. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

109. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

110. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

111. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

G.    **Insider Trading in PeopleSupport Securities**

112. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

113. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

114. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

115. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

116. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**H.    Insider Trading in Akamai Securities**

117. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

118. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

119. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

120. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

121. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

122. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

I.    **Insider Trading in SUN Securities**

123. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

124. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

125. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

126. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

127. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

128. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

129. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**J.    Insider Trading in AMD Securities**

130. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

131. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

132. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

133. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

134. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

135. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

136. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

137. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

138. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

139. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

140. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

141. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

142. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

143. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

### K.    Insider Trading in IBM Securities

144. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

145. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

146. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

147. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

148. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

## L.    Insider Trading in Atheros Securities

149. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

150. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

151. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

152. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

153. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

## CLAIMS FOR RELIEF

## CLAIM I

### Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder (Against All Defendants)

154. Shankar repeats and realleges each and every response in paragraphs 1 to 153 as if fully set forth herein.

23

155. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

156. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

157. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

158. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

159. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

160. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

161. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

162. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

163. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

164. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

## CLAIM II

### Violations of Section 17(a) of the Securities Act (Against Galleon, Rajaratnam, Goel, Chiesi, Kurland, New Castle, Khan, Far, Lee, Far & Lee, Spherix Capital, Hariri, Shankar, Schottenfeld, Fortuna and S2 Capital)

165. Shankar repeats and realleges every response in paragraphs 1 to 164 as if fully set forth herein.

166. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

167. On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

**RELIEF SOUGHT**

On the advice of counsel Shankar invokes his rights under the Fifth Amendment to the United States Constitution and declines to answer.

Dated:    New York, New York
           December 22, 2009

                Respectfully submitted,

                Law Offices of
                Frederick L. Sosinsky

By:   _____
                Frederick L. Sosinsky

                45 Broadway – 30th Floor
                New York, New York 10006
                T: (212) 285-2270
                F: (212) 509-8403
                Attorney for Gautham Shankar