UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
            Plaintiff,                 :   09 Civ. 8811 (JSR)
                                       :
        -v-                            :          ORDER
                                       :
GALLEON MANAGEMENT, LP, et al.,        :
                                       :
            Defendants.                :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

In a conference call initiated by counsel earlier today, it became apparent that defendants will be the proponents as far as expert testimony is concerned, with the plaintiff responding thereto. Accordingly, the date for expert disclosures by the defendants is moved to February 16, 2010, and the date for expert disclosures from the plaintiff is moved to March 23, 2010. Counsel are reminded, as they were on the conference call, that all other previously scheduled dates, including the trial date of August 2, 2010, remain fixed and firm.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 23, 2009