UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>               v.<br><br>GALLEON MANAGEMENT, LP, et al.,<br><br>                            Defendants. | CASE NO: 09 Civ. 8811 (JSR)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Schottenfeld Group LLC in the above-captioned action.

| | |
|---|---|
| Dated: New York, New York<br>         January 8, 2010 | PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br><br>By: /s/ Michael M. Bruso<br>     Michael M. Bruso<br>     Paul, Hastings, Janofsky & Walker, LLP<br>     75 East 55th Street<br>     New York, New York 10022<br>     Tel: (212) 318-6000<br><br>     *Attorneys for Defendant Schottenfeld*<br>     *Group LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010 a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Michael M. Bruso
Michael M. Bruso
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, New York 10022
Tel: (212) 318-6000