SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-0175

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

GALLEON MANAGEMENT, LP,
RAJ RAJARATNAM,
RAJIV GOEL,
ANIL KUMAR,
DANIELLE CHIESI,
MARK KURLAND,
ROBERT MOFFAT,
NEW CASTLE FUNDS LLC,
ROOMY KHAN,
DEEP SHAH,
ALI T. FAR,
CHOO-BENG LEE,
FAR & LEE LLC,
SPHERIX CAPITAL LLC,
ALI HARIRI,
ZVI GOFFER,
DAVID PLATE,
GAUTHAM SHANKAR,
SCHOTTENFELD GROUP LLC,
STEVEN FORTUNA,
 and
S2 CAPITAL MANAGEMENT, LP,

                Defendants.

09 Civ. 8811
(JSR)

ECF CASE

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Matthew J. Watkins and Memorandum of Law in Support, and all prior pleadings and proceedings had herein, Plaintiff Securities and Exchange Commission will move this Court, before the Honorable Jed S. Rakoff, at the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY, 10007 for an Order granting Plaintiff's Motion for Leave to File a Second Amended Complaint.

Plaintiff shall submit its moving papers by ECF on or before 12:00 p.m. on January 20, 2010. Defendants shall submit any opposition papers by ECF on or before 5:00 p.m. on January 22, 2010. The Court has scheduled a hearing to take place in Judge Rakoff's courtroom at 4:00 p.m. on January 25, 2010.

Dated: January 20, 2010
New York, New York

By: _____
Valerie A. Szczepanik
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – Suite 400
New York, NY 10281-1022
Tel: (212) 336-0175
Fax: (212) 336-1317
szczepanikv@sec.gov