# EXHIBIT B

### Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 ) File No. NY-07665
SEDNA CAPITAL MANAGEMENT         )
WITNESS:   Raj Rajaratnam
PAGES:     1 through 188
PLACE:     Securities and Exchange Commission
           3 World Financial Center
           New York, New York 10281
DATE:      Thursday, June 7, 2007

The above-entitled matter came on for hearing, pursuant to notice, at 10:12 a.m.

### Page 2

1  APPEARANCES:
2  On behalf of the Securities and Exchange Commission:
3     ANDREW MICHAELSON, ESQ.
4     SANJAY WADHWA, BRANCH CHIEF
5     DAVID MARKOWITZ, ASSISTANT REGIONAL DIRECTOR
6     Division of Enforcement
7     Securities and Exchange Commission
8     3 World Financial Center
9     New York, New York 10281
10    GEORGE DE ANGELIS, ESQ.
11    Division of Investment Management
12    Securities and Exchange Commission
13    3 World Financial Center
14    New York, New York 10281
15 On behalf of the Witness:
16    JERRY A. ISENBERG, ESQ.
17    LINDI L. BEAUDREAULT, ESQ.
18    Alston & Bird LLP
19    The Alston Building
20    950 F Street, N.W.
21    Washington, D.C. 20004-1404

### Page 3

1                  CONTENTS
2  WITNESSES                              EXAMINATION
3  Raj Rajaratnam                              8
4
5  EXHIBITS:    DESCRIPTION                 IDENTIFIED
6    48     Subpoena                            8
7    49     Subpoena                            8
8    50     Background questionnaire           28
9    51     SEC request                        71
10   52     2006-2007 AMD trade summary        98
11   53     Press release dated August 17, 2006   121
12   54     Instant message, August 2, 2006    124
13   55     Press release re AMD 2005 4-Q results   131
14   56     Press release re AMD 2006 1-Q results   132
15   57     IM dated January 31, 2006         149
16   58     2006 ARRS trade summary           156
17   59     Analyst preview                   159
18   60     Press release dated December 7, 2006   165
19   61     E-mail from Raj Rajaratnam        173
20
21
22
23 PREVIOUSLY MARKED:
24   1                                         6
25   19                                       128

### Page 4

1                   PROCEEDINGS
2        MR. MICHAELSON: We're on the record, it's 10:12
3  a.m. on June 7, 2007. I'll ask the witness to raise your
4  hand.
5  Whereupon,
6                   RAJ RAJARATNAM
7  was called upon to testify in this matter, and after having
8  been first duly sworn, testified as follows:
9        MR. MICHAELSON: Do you understand you remain
10 under oath throughout these proceedings?
11       THE WITNESS: Yes.
12       MR. MICHAELSON: Are you under the influence of
13 anything that would impair your ability to testify truthfully
14 today?
15       THE WITNESS: No.
16       MR. MICHAELSON: Please state and spell your
17 full name for the record.
18       HE WITNESS: Raj Rajaratnam.
19       MR. MICHAELSON: Can you spell that, please.
20       THE WITNESS: R-A-J, the last name is
21 R-A-J-A-R-A-T-N-A-M.
22       MR. MICHAELSON: My name is Andrew Michaelson and
23 with me are Sanjay Wadhwa and Dave Markowitz, we're attorneys
24 with the U.S. Securities and Exchange Commission for purposes
25 of this proceeding. Also here today is George DeAngelis from

**113**

BY MR. MICHAELSON:
Q A couple quick questions before break. Are you familiar with a Rumi81 instance message address?
A Yes.
Q Who is that?
A She is somebody who manages well she worked at Galleon and then she left Galleon to start her own fund, I think primarily she manages her own money.
Q What is her name?
A Rumi.
Q What is her last name?
A Khan, K-H-A-N.
Q Do you know where she works now?
A She works from home. She worked at Galleon for a couple years and then left.
Q You don't know the name of the fund where she works?
A I don't think she has a fund, I think she trades her own account.
Q Did you ever talk with Rumi about AMD?
A She called me periodically asking about stocks, I may have talked to her but I don't recall.
Q Did she ever give you insight into AMD?
A She may have given me information but I can't recall.

**114**

Q Do you have reason to believe that she is directly in touch with anybody at AMD?
A No, I don't believe that.
MR. MICHAELSON: We can take a break. We're off the record at 2:30 p.m.
(Whereupon a recess was taken.)
MR. MICHAELSON: We're back on the record at 2:38 p.m. Counsel, if you will confirm there were not substantive discussions during the break between yourself and the staff.
MR. ISENBERG: Yes, I confirm that.
Q Did Galleon hold shares of ATYT at the time when the AMD acquisition of ATYT was announced?
A Yes.
Q Do you recall how many shares?
A Not exactly.
Q Did you have any reason to believe that AMD was going to acquire ATYT before the announcement of the acquisition?
A No.
BY MR. WADHWA:
Q You said not exactly to the question as to whether you could recall how many shares in ATYT you held. Do you have a rough idea how many shares you held?
A It was a fairly large position, I don't exactly

**115**

know how many shares we had.
Q Do you generally know when those shares were acquired?
A No, I don't. We look at it in dollar terms rather than number of shares because that's really what you're interested in.
Q Do you have a rough idea of the dollar amount invested in ATYT?
A No, I don't.
BY MR. MICHAELSON:
Q I understand that you're trading AMD all the time but according to this Exhibit No. 52 and assuming that this exhibit reflects trading activity in the Tech Fund which we believe it does based on representations from your counsel, it would appear that beginning July 24th and ending August 11th more than two million shares of AMD was acquired. It was approximately $40 million. My question for you is do you recall the basis for the decision that was made to go long on AMD during this time period?
A They were in front of a new product called the Opteron (ph.) which they were launching into the market. As you can see, the stock had declined from 24 to 20 for some reason, I don't remember why. We thought it may have been the volume.
Q When was the product released?

**116**

A I don't exactly know.
Q Do you recall whether the long position that you directed Galleon to take over this time period in the Tech Funds, whether it was profitable?
A I don't know trade by trade.
Q So you said the reason why you directed Galleon to buy AMD in this time period, I guess you gave two reasons, one was buying in front of a new product called Opteron and, two, it looks like a bargain. Were there any other reasons why you directed Galleon
A The third reason was that Intel's products were not out yet. AMD had a technological lead.
Q What Intel products were not out yet?
A The one that competes with the Opteron, I don't know the name of it.
Q If you could just explain to me the theory behind this Opteron product.
A The new product that AMD had developed, they were getting it into the marketplace and it was getting rave technical reviews.
Q What was the source for your information regarding Opteron?
A I don't recall, maybe PC Magazine or general buzz in the industry.
Q Do you recall any specific communications with

29 (Pages 113 to 116)