# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by on all parties listed below via the Court's CM/ECF system on this 22nd day of January, 2010.

| Party | Counsel |
|-------|---------|
| United States Securities and Exchange Commission | Valerie A. Szczepanik<br>U.S. Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, New York 10281<br>szczepanikv@sec.gov |
| Galleon Management LP | Adam S. Hakki<br>Shearman & Sterling LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>ahakki@shearman.com |
| Rajiv Goel | Norman A. Bloch<br>Thomson Hine LLP<br>335 Madison Avenue, 12th Floor<br>New York, NY 10017-4611<br>Norman.Bloch@ThompsonHine.com |
| Anil Kumar | Robert G. Morvillo<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, PC<br>565 Fifth Avenue<br>New York, NY 10017<br>rmorvillo@maglaw.com |
| Danielle Chiesi | Alan R. Kaufman<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>akaufman@kelleydrye.com |
| Mark Kurland | Ted Altman<br>DLA Piper LLP<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020<br>theordore.altman@dlapiper.com |
| Robert Moffat | Kenneth I. Schacter |

| | |
|---|---|
| | Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>kenneth.schacter@bingam.com |
| New Castle Funds, LLC | Steven R. Glaser<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>steven.glaser@skadden.com |
| Ali Far | Francisco J. Navarro<br>Kobre & Kim LLP<br>800 3rd Avenue<br>New York, NY 10022<br>francisco.navarro@kobrekim.com |
| Choo-Beng Lee | Jeffrey L. Bornstein<br>K&L Gates LLP\Four Embarcadero Center,<br>12th Floor<br>San Francisco, CA 94111<br>jeff.bornstein@klgates.com |
| Ali Hariri | Harlan J. Protass<br>Law Offices of Harlan J. Protass, PLLC<br>305 Madison Avenue, Suite 1301<br>New York, NY 10165<br>hprotass@protasslaw.com |
| Zvi Goffer | Cynthia M. Monaco<br>Anderson Kill & Olick, PC<br>1251 Avenue of the Americas<br>New York, NY 10020<br>cmonaco@andersonkill.com |
| David Plate | Roland G. Riopelle<br>Sercarz & Riopelle, LLP<br>152 W. 57th Street, Suite 24C<br>New York, NY 10019<br>rriopelle@juno.com |
| Gautham Shankar | Frederick L. Sosinsky<br>45 Broadway, 30th Floor<br>New York, NY 10006-3007<br>freds@newyork-crinimaldefense.com |
| Schottenfeld Group LLC | Kenneth Breen<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY 10022<br>kennethbreen@paulhastings.com |
| Steven Fortuna | Richard J. Schaeffer<br>Dornbush Schaeffer Strongin & Venaglia LLP<br>747 Third Avenue, 11th Floor |

| | New York, NY 10017 |
| --- | --- |
| | bernard@dssvlaw.com |

John M. Dowd (admitted *pro hac vice*)
Terence J. Lynam (admitted *pro hac vice*)
William E. White (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, NW
Washington, DC 20036
(202)887-4000

Robert H. Hotz, Jr. (RH-4456)
Samidh Guha (SG-5759)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212)872-1000

*Attorneys for Raj Rajaratnam*