UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
              Plaintiff,               :        09 Civ. 8811 (JSR)
                                       :
       -v-                             :            ORDER
                                       :
GALLEON MANAGEMENT, LP, et al.,        :
                                       :
              Defendants.              :
-------------------------------------- x

JED S. RAKOFF, U.S.D.J.


       For the reasons stated from the bench, see tr. 1/25/10, the

Court hereby grants leave to plaintiff to file its proposed second

amended complaint.  Also, the date for expert disclosures by a claim

proponent[1] is moved to March 2, 2010, and the date for expert

disclosures from a claim opponent is moved to March 30, 2010.

       SO ORDERED.

                              _____
                              JED S. RAKOFF, U.S.D.J.


Dated:  New York, New York
        January 26, 2010


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-10
```

---

[1]The parties have previously indicated that defendants will
be the proponents of expert testimony, with the SEC responding
thereto.  See 12/23/09 Order.