UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                Plaintiff,             :     09 Civ. 8811 (JSR)
                                       :
         -v-                           :     ORDER
                                       :
GALLEON MANAGEMENT, LP, et al.,        :
                                       :
                Defendants.            :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-29-10_

Before the Court is a proposed Consent Judgment, originally submitted January 7, 2010, between plaintiff Securities and Exchange Commission ("SEC") and defendants Choo-Beng Lee and Ali T. Far that, in response to the Court's suggestions regarding a prior proposed settlement involving a different defendant, see tr. 12/07/09 at 11, includes a substantial disgorgement sum and financial penalty. Typically, the SEC submits consent judgments to federal judges without any explanation of why the judgements should be approved. Here, however, at the request of the Court, the SEC has submitted a letter dated January 20, 2010 (which has been docketed), explaining how the parties arrived at the disgorgement and penalty figures set forth in the proposed settlement. Based on that explanation, the Court hereby approves the settlement (which has been separately signed and docketed). The Court takes the liberty of suggesting that the SEC may wish to consider, as a matter of future practice, submitting

explanations along with any settlements it submits to courts for approval.

    SO ORDERED.

                                                                 _____
                                                                 JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 28, 2010

2