

Law Office of **Abbe R. Tiger** PLLC

40 Fulton Street, 23rd Floor
New York, NY 10038-5077

www.abbetiger.com

Phone  212-285-8000
Mobile  917-544-4205
Fax  212-981-3309
Email  abbe@abbetiger.com

Abbe R. Tiger

January 27, 2010

**VIA FACSIMILE**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10022

Re: <u>SEC v. Galleon Management, LP, et al.</u>, 09 Civ.8811 (JSR)

Dear Judge Rakoff:

Our client, Craig C. Drimal, is a defendant in <u>Sec v. Cutillo, et al., 09 Civ. 9208 (LAK)</u>. Defendants Zvi Goffer, Gautham Shankar, and David Plate are co-defendants of Mr. Drimal in that matter. Mr. Drimal and the aforementioned co-defendants also have been charged criminally in <u>US v. Goffer, et al., 10 Crim. 56 (RJS)</u>.

We write concerning the request that is before your honor for an Order to allow the SEC to obtain certain wiretap material in civil discovery in the instant case. The government has indicated that Mr. Drimal was a party to some of the wiretap intercepts that are the subject of the SEC's request here. To the extent that Mr. Drimal's communications are on the intercepts, he comes within the definition of an "aggrieved person" in Title III, 18 U.S.C. § 2510(11).

On behalf of Mr. Drimal, we join in the arguments presented on behalf of the defendants opposing the SEC's request for discovery of the wiretap materials. The government has not provided Mr. Drimal with the content of any communications captured in connection with the wiretaps at issue here or with any line sheets or transcripts of such communications.

Mr. Drimal wishes to reserve all of his legal and procedural rights relating to the wiretap materials that are the subject any ruling of the Court.

Law Office of **Abbe R. Tiger** PLLC

40 Fulton Street, 23rd Floor
New York, NY 10038-5077

Phone  212-285-8000
Mobile  917-544-4205
Fax  212-981-3309
Email  abbe@abbetiger.com

The Honorable Jed S. Rakoff
January 27, 2010
Page Two

Should your honor issue the Order that the SEC seeks, Mr. Drimal requests that the Court order the government to provide to him all of the wiretap materials that the defendants must produce to the SEC.

Respectfully submitted,

*Abbe R. Tiger*

Abbe R. Tiger and
On behalf of co-counsel
JaneAnne Murray

The Honorable Jed S. Rakoff
January 27, 2010
Page Two