# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6344
kennethbreen@paulhastings.com

January 27, 2010

76320.00002

**VIA FACSIMILE**

The Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *SEC v. Galleon Management, LP, et al.*, 09 Civ. 08811 (JSR)

Dear Judge Rakoff:

We respectfully submit this letter on behalf of Schottenfeld Group LLC, a defendant in the above-captioned matter, with respect to the motion of the Securities and Exchange Commission (the "SEC") to compel defendants Raj Rajaratnam and Danielle Chiesi to produce wiretap materials in their possession.

Schottenfeld Group LLC takes no position on the motion brought by the SEC, but seeks to join the letter submitted by defendant Robert Moffat dated January 27, 2010. That is, to the extent the Court orders defendants Rajaratnam and/or Chiesi to produce the wiretap materials to the SEC, or authorizes the United States Attorney's Office to do so, we respectfully request that the Court direct that all parties to the litigation be provided with copies of those materials. Needless to say, the selective production of potentially important evidence would be unfair and subvert the discovery process.

Schottenfeld Group LLC reserves all of its legal and procedural rights relating to the wiretap materials that are the subject of any ruling of the Court.

Respectfully,

/s/

Kenneth M. Breen
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:  All counsel of record
     Assistant United States Attorney Jonathan Streeter