UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>GALLEON MANAGEMENT, LP, RAJ RAJARATNAM, RAJIV GOEL, ANIL KUMAR, DANIELLE CHIESI, MARK KURLAND, ROBERT MOFFAT, NEW CASTLE FUNDS LLC, ROOMY KHAN, DEEP SHAH, ALI T. FAR, CHOO-BENG LEE, FAR & LEE LLC, SPHERIX CAPITAL LLC, ALI HARIRI, ZVI GOFFER, DAVID PLATE, GAUTHAM SHANKAR, SCHOTTENFELD GROUP LLC, STEVEN FORTUNA, and S2 CAPITAL MANAGEMENT, LP,<br><br>Defendants. | 09 CV 8811 (JSR) |

## NOTICE OF APPEARANCE

Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as counsel in this case for Defendant Danielle Chiesi.

       Nicole M. Hudak
       Kelley Drye & Warren LLP
       101 Park Avenue
       New York, NY  10178
       Phone:  (212) 808-7800
       Fax:  (212) 808-7897

Dated: New York, New York
       February 2, 2010

KELLEY DRYE & WARREN LLP

By:     /s/
    Nicole M. Hudak
    101 Park Avenue
    New York, New York  10178
    (212) 808-7800
    *Attorney for Defendant*
    *Danielle Chiesi*