UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :

        Plaintiff, :

    -against- :

ROMMY KHAN, *et al.*, :

        Defendants. :

------------------------------------------------------------------x

09 CV 08811 (JSR)

**NOTICE OF APPEARANCE**

To the Clerk of the Court, and all parties of record:

Please enter my appearance as counsel in this case for the Defendant Roomy Khan. I certify that I am admitted to practice in this Court.

Dated: New York, New York
      February 2, 2010

_____
DAVID WIKSTROM, ESQ.    DW-5148
Law Offices of David Wikstrom
26 Broadway, 19th Floor
New York, New York 10004
(212) 248-5511 (phone)
(212) 248-2866 (fax)
david@davidwikstrom.com