**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897

www.kelleydrye.com

DIRECT LINE: 808-7195

EMAIL: akaufman@kelleydrye.com

January 29, 2010

<u>**VIA FACSIMILE (212) 805-7935**</u>

The Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
New York, New York 10007

    Re:   <u>SEC v. Galleon Management, L.P. et al.</u>, 09 Civ. 8811 (JSR)

Dear Judge Rakoff:

    On behalf of defendants Danielle Chiesi and Raj Rajaratnam, we join in the request of the attorneys for defendant Zvi Goffer for a hearing concerning the unauthorized disclosure of Title III materials to the Securities and Exchange Commission by the U.S. Attorney's Office.

                     Respectfully yours,

                     Alan R. Kaufman
                     *Attorney for Danielle Chiesi*

                     s/ John M. Dowd

                     /s/ John M. Dowd
                     John M. Dowd (*pro hac vice*)
                     Akin Gump Strauss Hauer & Feld LLP
                     One Bryant Park
                     New York, New York 10036
                     (212) 872-1000
                     *Attorneys for Raj Rajaratnam*

cc: All Counsel of Record (by email)
      Assistant United States Attorney Jonathan Streeter (by email)
      Assistant United States Attorney Reed Brodsky (by email)
      Special Assistant United States Attorney Andrew Michaelson (by email)