

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2010

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
New York, NY 10007

Re: SEC v. Galleon Management, LP, et al., 09 Civ. 8811 (JSR)

Dear Judge Rakoff:

The Government is in receipt of a letter dated today from Cynthia Monaco, Esq. In that letter Ms. Monaco claims that the Government intentionally provided certain wiretap evidence to the SEC, blind copied the SEC on correspondence in order to hide that disclosure, and retroactively adopted certain litigation positions in order to justify that disclosure. There is no factual basis for these allegations and they are false. As explained in footnote 5 to the Government's letter dated January 27, 2010, the Government inadvertently provided a limited group of wiretap recordings to the SEC. On January 26, 2010, as soon as the Government learned of that disclosure, it retrieved those recordings immediately. The Government did not blind copy the SEC on any correspondence. Finally, the Government's litigation position that it is permitted to provide the wiretap materials directly to the SEC was announced in open court on January 25, 2010, before the Government even learned of the inadvertent disclosure described above.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: JONATHAN R. STREETER
REED M. BRODSKY
Assistant United States Attorneys
ANDREW Z. MICHAELSON
Special Assistant United States Attorney
(212) 637-2272/2492/2348

cc: counsel for the SEC (by email)
defense counsel (by email)

TOTAL P.002