**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK  10178**

————

(212) 808-7800

WASHINGTON, DC

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

————

BRUSSELS, BELGIUM

————

AFFILIATE OFFICES

MUMBAI, INDIA ·

FACSIMILE

(212) 808-7897

www.kelleydrye.com

JAMES M. KENEALLY

DIRECT LINE: (212) 808-5018

EMAIL: jkeneally@kelleydrye.com

February 9, 2010

**VIA FACSIMILE (212) 805-7935 AND EMAIL**

The Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
New York, New York 10007

Re:     _SEC v. Galleon Management, L.P. et al.,_ 09 Civ. 8811 (JSR)

Dear Judge Rakoff:

     We write with respect to Your Honor's Order, entered this afternoon, which directed  Mr. Rajaratnam and Ms. Chiesi to produce the Title III wiretap recordings to the SEC and interested defendants by February 15, 2010.  We respectfully join in the motion filed by letter this afternoon by counsel for Mr. Rajaratnam requesting a stay of the Court's Order pending appeal, certification to the Court of Appeals pursuant to 28 U.S.C. § 1292(b),  or the alternative relief of an administrative stay.

     Thank you for your consideration of this matter.

                                        Very truly yours,

                                        James M. Keneally

cc:     All Counsel of Record (by email)