```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
            Plaintiff,                  :   09 Civ. 8811 (JSR)
                                        :
        -v-                             :   ORDER
                                        :
GALLEON MANAGEMENT, LP, et al.,         :
                                        :
            Defendants.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court will hear oral argument on all pending discovery disputes involving this case at 2 p.m. next Friday, February 19, 2010. Any party or third party having such a dispute should appear at that time.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 11, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-10