UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plainitff,

    - against -                    09 civ. 8811 (JSR)

GALLEON MANAGEMENT, L.P., et al.,

    Defendants

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of defendant Zvi Goffer.

Dated: February 12, 2010

                        Respectfully submitted,

                        s/_____
                        Andrew J. Frisch
                        *Attorney for Zvi Goffer*
                        950 Third Avenue, 15th Floor
                        New York, New York 10022
                        (212) 784-2413
                        (212) 888-0919 facsimile
                        afrisch@andrewfrisch.com