USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 16 FEB 2010

09-cv-9911
SDNY/NYNY
RAKOFF

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of February, two thousand and ten.

PRESENT: Gerard E. Lynch,
          *Circuit Judge.*

Securities and Exchange Commission,

    *Plaintiff-Appellee,*

v.

Raj Rajaratnam, Danielle Chiesi,

    *Defendants-Appellants,*

Galleon Management, LP, Rajiv Goel, Anil Kumar, Mark Kurland, Robert Moffat, New Castle Funds LLC, Roomy Khan, Deep Shah, Ali T. Far, Choo-Beng Lee, Far & Lee LLC, Spherix Capital LLC, Ali Hariri, Zvi offer, David Plate, Gautham Shankar, Schottenfeld Group LLC, Steven Fortuna, S2 Capital Management, LP,

    *Defendants.*

**ORDER**
Docket Number: 10-462 (L)
                      10-464 (CON)

IT IS HEREBY ORDERED that the motion for a stay pending appeal of the February 9, 2010 order of the Hon. Jed. Rakoff in the District Court for the Southern District of New York in docket no. 09-cv-9911 will be determined by a three judge motions panel as soon as possible. The order is stayed until the motions panel makes its determination. The Security & Exchange Commission is ordered to file its opposition on or before Friday February 19, 2010 at 5:00 p.m.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

CERTIFIED: 2/11/10