USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 FEB 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

-against-

GALLEON MANAGEMENT, LP, RAJ RAJARATNAM, RAJIV GOEL, ANIL KUMAR, DANIELLE CHIESI, MARK KURLAND, ROBERT MOFFAT, NEW CASTLE FUNDS LLC, ROOMY KHAN, DEEP SHAH, ALI T. FAR, CHOO-BENG LEE, FAR & LEE LLC, SPHERIX CAPITAL LLC, ALI HARIRI, ZVI GOFFER, DAVID PLATE, GAUTHAM SHANKAR, SCHOTTENFELD GROUP LLC, STEVEN FORTUNA, and S2 CAPITAL MANAGEMENT, LP

   Defendants.

09 CV 8811 (JSR)

## NOTICE OF APPEAL

   Defendant Danielle Chiesi, by and through her counsel, Kelley Drye & Warren LLP, hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the Memorandum Order, entered February 9, 2010, of the United States District Court of the Southern District of New York (Hon. Jed S. Rakoff).

   In accordance with Federal Rules of Appellate Procedure 3(c) and 4(a)(1)(A), the names of the parties to the Memorandum Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed below:

| Plaintiffs: | Counsel: |
|---|---|
| United States Securities and Exchange Commission | Valerie Ann Szczepanik, Esq.<br>U.S. SEC, New York Regional Office<br>3 World Financial Center, Room 400<br>New York, New York 10281-1022<br>(212) 336-0175 |
| Defendants: | Counsel: |
| Galleon Management L.P. | Adam S. Hakki, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4924 |
| Raj Rajaratnam | Counsel:<br><br>John M. Dowd, Esq.<br>William White, Esq.<br>Terence J. Lynam, Esq<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Bldg.<br>1333 New Hampshire Ave., NW, Suite 400<br>Washington, D.C. 20036<br>(202) 887-4036<br><br>Robert Henry Hotz, Jr. Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1028 |
| Rajiv Goel | Counsel:<br><br>Norman A. Bloch, Esq.<br>Thomson Hine LLP<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017-4611<br>(212) 344-5680 |

| | |
|---|---|
| Anil Kumar | Counsel: |
| | Robert G. Morvillo, Esq.<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>565 Fifth Avenue<br>New York, New York 10017<br>(212) 856-9600 |
| Danielle Chiesi | Counsel: |
| | Alan R. Kaufman, Esq.<br>Thomas B. Kinzler, Esq.<br>James M. Keneally, Esq.<br>David Zalman, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>(212) 808-5195 |
| Mark Kurland | Counsel: |
| | Ted Altman, Esq.<br>DLA Piper LLP<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020<br>(212) 335-4556 |
| Robert Moffat | Counsel: |
| | Kenneth I. Schacter, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 705-7487 |
| New Castle Funds LLC | Counsel: |
| | Steven R. Glaser, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-2465 |

| | |
|---|---|
| Roomy Kahn | Counsel:<br><br>David Wikstrom, Esq.<br>Law Offices of David Wikstrom<br>26 Broadway, 19th Floor<br>New York, New York 10004<br>(212) 248-5511 |
| Ali T. Far | Counsel:<br><br>Francisco J. Navarro, Esq.<br>Kobre & Kim LLP<br>800 3rd Avenue<br>New York, New York 10022<br>(212) 488-1240 |
| Choo-Beng Lee | Counsel:<br><br>Jeffrey L. Bornstein, Esq.<br>K&L Gates LLP<br>Four Embarcadero Center, 12th Floor<br>San Francisco, California 94111<br>(415) 249-1059 |
| Ali Hariri | Counsel:<br><br>Harlan J. Protass, Esq.<br>Law Offices of Harlan J. Protass, PLLC<br>305 Madison Avenue<br>Suite 1301<br>New York, New York 10165<br>(212) 922-1080 |
| Zvi Goffer | Counsel:<br><br>Cynthia M. Monaco, Esq.<br>Anderson Kill & Olicik, P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 278-1009 |

| | |
|---|---|
| David Plate | Counsel: |
| | Roland G. Riopelle, Esq.<br>Sercarz & Riopelle, LLP<br>152 W. 57th Street, Suite 24C<br>New York, New York 10019<br>(212) 586-4900 Ext. 18 |
| Gautham Shankar | Counsel: |
| | Frederick L. Sosinsky, Esq.<br>45 Broadway, 30th Floor<br>New York, New York 10006<br>(212) 285-2270 |
| Schottenfeld Group LLC | Counsel: |
| | Kenneth Breen, Esq.<br>Paul Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, New York 10022<br>(212) 318-6344 |
| Steven Fortuna | Counsel: |
| | Adler Bernard, Esq.<br>Dornbush Schaeffer Strongin & Venaglia, LLP<br>747 Third Avenue, 11th Floor<br>New York, New York 10017<br>(212) 759-3300 |

S2 Capital Management        S2 Capital Management, LP
Attention: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Dated: February 11, 2010        KELLEY DRYE & WARREN LLP

By: _____
Alan R. Kaufman
Thomas B. Kinzler
James M. Keneally
David Zalman
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
akaufman@kelleydrye.com
tkinzler@kelleydrye.com
dzalman@kelleydrye.com
jkeneally@kelleydrye.com
*Attorneys for Defendant Danielle Chiesi*