UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,    09 Civ. 8811 (JSR)

-against-

GALLEON MANAGEMENT, LP,
ET AL.,

         Defendants.

## CERTIFICATE OF SERVICE

I herby certify that on this 24th day of February 2010 defendant Steven Fortuna's Answer to the Second Amended Complaint was served electronically by ECF upon counsel of record registered to receive notice through ECF, and by U.S. Mail upon:

Valerie A. Szczepanik
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Room 400
New York, NY 10281

*Attorneys for Plaintiff Securities and
Exchange Commission*

Dated: February 24, 2010
   New York, New York

                  Adler Bernard