SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-1100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

-against-

GALLEON MANAGEMENT, LP,
RAJ RAJARATNAM,
RAJIV GOEL,
ANIL KUMAR,
DANIELLE CHIESI,
MARK KURLAND,
ROBERT MOFFAT,
NEW CASTLE FUNDS LLC,
ROOMY KHAN,
DEEP SHAH,
ALI HARIRI,
ZVI GOFFER,
DAVID PLATE,
GAUTHAM SHANKAR,
SCHOTTENFELD GROUP LLC,
STEVEN FORTUNA,
 and
S2 CAPITAL MANAGEMENT, LP,

      Defendants.

09 Civ. 8811
(JSR)

ECF CASE

---

**NOTICE OF PLAINTIFF'S RENEWED MOTION TO COMPEL PRODUCTION OF RELEVANT, LEGALLY OBTAINED WIRETAPPED COMMUNICATIONS**

PLEASE TAKE NOTICE that, upon the accompany Memorandum of Law, and all prior pleadings and proceedings had herein, Plaintiff Securities and Exchange Commission ("Commission"), by its attorneys, will move this Court, before the

Honorable Jed S. Rakoff, at the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY, 10007, at a hearing scheduled by the Court at 5:00 p.m. on January 20, 2011, for an Order, pursuant to Federal Rules of Civil Procedure 26 and 34, compelling Defendants Raj Rajaratnam and Danielle Chiesi to immediately produce to the Commission all relevant wiretapped communications in their possession, custody, or control, and corresponding line sheets, summaries and transcripts that were produced to them by the United States Attorney's Office for the Southern District of New York, and for such other and further relief as this Court deems just and proper. By previous order of the Court, Defendants' Oppositions to this Motion are due January 5, 2011, and the Commission's Reply is due January 12, 2011.

Dated: New York, New York
December 17, 2010

s/Kevin P. McGrath
s/Valerie A. Szczepanik
KEVIN P. MCGRATH
VALERIE A. SZCZEPANIK
SENIOR TRIAL COUNSEL
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-0533

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, the foregoing document and accompanying Memorandum of Law was filed with the Clerk of the Court and served via ECF and email upon counsel to the following parties and participants:

**Adam S. Hakki**
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY  10022

**William White**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, DC  20036

**Norman A. Bloch**
Thomson Hine LLP
335 Madison Avenue, 12th floor
New York, NY  10017-4611

**Robert G. Morvillo**
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY  10017

**Alan R. Kaufman**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Ted Altman**
DLA Piper LLP
1251 Avenue of the Americas, 27th Floor
New York, NY  10020

**Kenneth I. Schacter**
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

**Steven R. Glaser**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square

New York, NY 10036

**David Wikstrom**
26 Broadway, 19th Floor
New York, New York 10004

**Francisco J. Navarro**
Kobre & Kim LLP
800 3rd Ave.
New York, NY

**Jeffrey L. Bornstein**
K&L Gates LLP
Four Embarcadero Center, 12th Floor
San Francisco, CA 94111

**Harlan J. Protass, Esq.**
Law Offices of Harlan J. Protass, PLLC
305 Madison Avenue
Suite 1301
New York, NY 10165

**Cynthia M. Monaco**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

**Roland G. Riopelle, Esq.**
Sercarz & Riopelle, LLP
152 W. 57th Street, Suite 24C
New York, NY 10019

**Frederick L. Sosinsky**
45 Broadway, 30th Floor
New York, NY 10006-3007

**Kenneth Breen**
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

**Adler Bernard**
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue, 11th Floor
New York, NY 10017

_____
KEVIN P. MCGRATH