Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

GALLEON MANAGEMENT, LP, et al.,

          Defendants.

---

09 Civ. 8811 (JSR)

ECF CASE

[USDC SDNY ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/24/12]

ORDER

On May 17, 2010, the Court entered a Consent Order and Judgment as to Defendant Anil Kumar, ordering permanent injunctive relief, disgorgement, and prejudgment interest. The Consent Order and Judgment further provided that the Court would determine at a later date whether it would impose civil penalties against defendant Kumar and, if so, to what extent. On June 27, 2012, the Court received the attached letter from the Securities and Exchange Commission, which requested that this Court terminate this action against defendant Kumar without imposing civil penalties. ~~The Court agrees~~ Accordingly, ~~for the reasons stated in the attached letter~~, the Court hereby terminates this action with respect to defendant Kumar. The Consent Order and Judgment shall otherwise remain in full force and effect.

SO ORDERED.

                                              JED S. RAKOFF, U.S.D.J.

Dated:      New York, New York
              ~~June~~ 8/24, 2012

[Handwritten note:] Subsequently, Judge Chin imposed a restitution requirement of $2,260,000 on Mr. Kumar, as well as fining him $25,000.