UNITED STATES DISTRICT COURT§
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

 -against-

GALLEON MANAGEMENT, LP, et al.,

       Defendants.

---

09 Civ. 8811 (JSR)

ECF CASE

## ORDER

On May 17, 2010, the Court entered a Consent Order and Judgment ("Consent Order") as to Defendant Anil Kumar, ordering permanent injunctive relief, disgorgement, and prejudgment interest. On August 24, 2012, the Court entered an Order terminating this action against Kumar without imposing civil penalties. On January 10, 2013, the Court received a letter from the Securities and Exchange Commission, in which the parties jointly requested that the Consent Order against Kumar be amended as to the disgorgement amount ordered, to accurately reflect his ill-gotten gains. For the reasons stated in the letter, and for good cause shown, the Court agrees and hereby amends the Consent Order against Kumar by ordering the following relief in lieu of paragraph III of the Consent Order:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant is liable for $2,260,000, representing profits gained and/or losses avoided as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $190,621, for a total of $2,450,621. Defendant's disgorgement obligations are hereby deemed satisfied by the order of criminal forfeiture entered against Defendant in the criminal case before the United States

District Court of the Southern District of New York, titled <u>United States v. Anil Kumar</u>, 10-CR-00013 (DC). Defendant shall make payment of prejudgment interest in the amount $190,621, together with post-judgment interest thereon, within 14 days after entry of this Order.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Anil Kumar's name as a defendant in this action; and specifying that payment is made pursuant to this Order.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Consent Order and Judgment shall otherwise remain in full force and effect.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         January 11, 2013